| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| Denise Elizabeth <br> 622. S. Broadway #S <br> Redondo Beach, <br> California <br> 310·953·5114 | 2012 SEP 10 PM 12: 42 <br> U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF. <br> LOS ANGELES |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Denise Elizabeth <br> Plaintiff(s), <br> v. <br> Timothy Franz GEITHNER and <br> Selu STANISLAUS <br> Defendant(s) | CASE NUMBER: <br> **CV12-7719**-CAS (VBKx) <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Denise Elizabeth___
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                          **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Timothy Franz GEITHNER                          Defendant

Selu STANISLAUS                                       Defendant


___9/10/2012___                          ___Lawful money___
Date                                               Sign

                                              Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                          **NOTICE OF INTERESTED PARTIES**