Name: Denise Elizabeth

Address: c/o 622 S. Broadway, #5

Redondo Beach, California

Phone: n/a

Fax: n/a

~~In Pro Per~~

FILED
2012 SEP 28 AM 12:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Denise Elizabeth

Plaintiff

v.

Timothy Franz GEITHNER & Selvi STANISLAUS

Defendant(s).

CASE NUMBER:

CV12-7719-CAS(VBKx)

NOTICE

Notice of Refusal for Cause on NOTICE TO COUNSEL.

denise-elizabeth 9/28/12

CV-127 (09/09)   ~~PLEADING PAGE FOR A SUBSEQUENT DOCUMENT~~

Date Transmitted: 9/21/2012 4:56:52 PM

2:12-cv-07719  Doc: 6

Denise Elizabeth
622 S Broadway Suite 5
Redondo Beach, CA    90277

Number of Pages:    5

**Refusal for cause**

It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.

1.

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-07719-CAS-VBK Denise Elizab
eth v. Timothy Franz Geithner et al Order
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

*Refusal for Cause* (stamp)

The following transaction was entered on 9/21/2012 at 4:50 PM PDT and filed on 9/21/2012

Case Name:
Denise Elizabeth v. Timothy Franz Geithner et al
Case Number:2:12-cv-07719-CAS-VBK

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031115385730?case
id=542081&de_seq_num=19&magic_num=MAGIC&pdf_toggle_possible=
1
>6
```

2.

Docket Text:

NOTICE TO COUNSEL by Judge Christina A. Snyder: This case has been assigned
to the calendar of Judge Christina A. Snyder. Counsel are advised that the
Court expects strict compliance with the provisions of the Local Rules and
the Federal Rules of Civil Procedure. See document for details. (gk)

2:12-cv-07719-CAS-VBK Notice has been electronically mailed to:

*[handwritten across page: Refusal for Cause]*

2:12-cv-07719-CAS-VBK Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

Denise Elizabeth
622 S Broadway Suite 5
Redondo Beach CA 90277

3.

E-filed: September 21, 2012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DENISE ELIZABETH,<br><br>Plaintiff(s),<br><br>vs<br><br>TIMOTHY FRANZ GEITHNER,<br>et al.,<br><br>Defendant(s). | Case No.  CV 12-7719 CAS (VBKx)<br><br>NOTICE TO COUNSEL |

*[Stamp across document: "Refusal for Cause"]*

This case has been assigned to the calendar of Judge Christina A. Snyder. This Notice to Counsel shall be to all parties appearing in propria persona, and for purposes of this notice, the term "counsel" shall include any person appearing in pro per.

Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure.  Copies of the Local Rules may be purchased from one of the following:

Los Angeles Daily Journal   Metropolitan News        West Group
915 E. 1st Street           210 South Spring St.     610 Opperman Drive
Los Angeles, CA 90012       Los Angeles, CA  90012   Egan, Minnesota 55123

The Local Rules and **Judge's Procedures and Schedules** may also be found on the United States District Court's website at the following address:

1  HTTP://WWW.CACD.USCOURTS.GOV. Please note that certain Local Rules
2  have recently been amended.
3      The attention of counsel is particularly directed to Local Rules 16 and 26 for
4  the conduct of mandatory pretrial and settlement proceedings.
5      Counsel are reminded of their obligations to disclose information and confer
6  on a discovery plan not later than 21 days prior to the date of the Fed. R. Civ. P.
7  16(b) scheduling conference and to report to the Court not later than 14 days after
8  they confer on a discovery plan and the other matters required by Fed. R. Civ. P.
9  26(f) and the Local Rules of this Court. The following issues will be considered at
10 the scheduling conference: the last date by which parties and claims for relief may
11 be added, the discovery cutoff, as well as any issues relating to the discovery plan,
12 the last date for filing motions, the time for the pretrial conference and the trial
13 date. Scheduling conferences are generally held on Monday at 11:00 a.m.
14     Counsel should also be guided by the following requirements when litigating
15 cases assigned to Judge Snyder:
16   1.  INTERROGATORIES: Refer to the Local Rules.
17   2.  MOTIONS: Motions shall be heard on each Monday of the month at
18 10:00 a.m., unless otherwise ordered by the Court. If Monday is a national
19 holiday, the succeeding Monday shall be the motion day and all matters noticed for
20 such Monday stand for hearing on the following Monday without special order or
21 notice. The Court provides oral or written tentative rulings on most motions.
22 Counsel are encouraged to direct oral argument to the matters raised in the
23 tentative ruling and to submit to any part of the ruling that is not in genuine
24 dispute, where appropriate. The Court will notify counsel if it does not require oral
25 argument on any specific motion.
26     Motion papers should comply with the Local Rules. Briefs should not
27 exceed the page limits authorized by the Local Rules. The Court will rarely grant
28 leave to file briefs that exceed the authorized page limits. Counsel are admonished

*[Handwritten across page: "Refusal for Cause"]*

1 | not to circumvent page limits by filing multiple motions which purport to address
2 | separate issues in a case. Such motions will not be considered unless counsel
3 | obtains leave to file more than one motion or to file a brief that exceeds the page
4 | limits authorized by the Local Rules.
5 |       3.    EX PARTE APPLICATIONS:
6 |           A.    NOTICE: The parties' and counsels' attention is directed to
7 | Local Rule 7-19. The moving party shall inform the opposing party or parties that
8 | such party or parties shall have 48 hours from the date of delivery of the moving
9 | papers to file and serve their opposition papers, if any.
10 |           B.    HEARING: No hearing will be held on any ex parte application
11 | unless deemed necessary by the Court and in such case counsel will be notified by
12 | the Courtroom Deputy Clerk.
13 |       4.    DISCOVERY CUTOFF: Generally, the Court will set a discovery
14 | cutoff date at the scheduling conference. The Court expects that by the date of the
15 | discovery cutoff, all discovery and responses thereto shall have been served, and
16 | all motions to compel will be on file and have been argued (but not necessarily
17 | decided). The only discovery that may be conducted after the discovery cutoff date
18 | without leave of Court is discovery ordered by the Magistrate Judge for which a
19 | timely-filed motion was pending and argued before the discovery cutoff date.
20 | Unless the Court has issued a contrary order, all discovery motions should be set
21 | before the Magistrate Judge to whom this case is assigned.
22 |       5.    MANDATORY CHAMBERS COPIES: The Court requires that
23 | mandatory copies of electronically filed documents be delivered to chambers no
24 | later than 12:00 p.m. on the first court day following the date when the documents
25 | are required filed. **Furthermore, mandatory chambers copies shall be 2-hole**
26 | **punched and the efile notification date shall be <u>visible</u> on or as the first page.**
27 | Moreover, in all cases asserting claims under the antitrust laws, the patent laws or
28 | federal securities laws, and in such specific cases as may be designated by the

[Handwritten across page: "Refusal for Cause"]

1 | Court, counsel must deliver to chambers two (2) mandatory chambers copies of all
2 | documents that are electronically filed. Mandatory copy documents shall include
3 | tabs to separate exhibits, declarations, etc., where applicable. The Court will also
4 | accept any fax courtesy copies not exceeding five (5) pages in length <u>total</u>. The
5 | Courtroom Deputy Clerk's fax number is 213-894-0249. In addition, counsel shall
6 | email any and all proposed orders to the Courtroom Deputy Clerk in "Word" or
7 | "WordPerfect" format to CAS_Chambers@cacd.uscourts.gov.

8     6.    CONTINUANCES: Continuances will only be granted based upon a
9 | showing of good cause. Stipulations, including second and subsequent extensions
10 | of time to respond to the complaint, are effective ONLY when approved by the
11 | Court. (See Local Rule 16-8).

12     7.    REMOVED ACTIONS: Any answers filed in state court must be
13 | refiled with the Court as a supplement to the petition. Any pending motions must
14 | be renoticed in accordance with Local Rule 37-3.

15     8.    TELEPHONIC HEARINGS: Judge Snyder will permit oral argument
16 | on calendared motions to be heard telephonically if (a) all involved parties consent
17 | to the telephone hearing, (b) the parties anticipate presenting limited argument, and
18 | (c) the Court's calendar permits such telephonic oral argument to be heard.
19 | Arrangements for telephonic hearings must be made by communicating in writing
20 | or by telephone with Judge Snyder's Courtroom Deputy Clerk, Catherine Jeang.

21     The Courtroom Deputy Clerk must be notified by the moving party of all
22 | counsels' intention to participate in a telephonic hearing by the Wednesday prior to
23 | the Monday hearing date.

24     The telephonic hearing will be scheduled at a time convenient for the Court
25 | and the parties, on the Monday originally scheduled for the hearing of the motion
26 | pursuant to the Federal Rules of Civil Procedure and the Local Rules. The party
27 | bringing the motion will initiate the conference call, and when all counsel are
28 | present on the line, will contact the Court. Callers will hold on the line until their

[Handwritten stamp across page: "Refusal for Cause"]

1 motion is ready to be heard, at which time they will be connected with the Court,
2 the case will be called, and the telephonic hearing will commence.
3       9.    COMMUNICATIONS WITH THE COURT: Unless counsel have
4 been expressly authorized to communicate with chambers (e. g., for a telephone
5 status conference with all counsel participating), all oral and written
6 communications must be submitted only to the Courtroom Deputy, Catherine
7 Jeang with copies to all counsel of record. Please do not attempt to communicate
8 in writing or by telephone with chambers. (See Local Rule 83-2.11).
9       10.   NOTICE OF THIS ORDER: Counsel for plaintiff is responsible for
10 promptly serving a copy of this Order on all defendants' counsel. If this case came
11 to the Court via removal, the removing defendant shall promptly serve a copy of
12 this Order on all parties of record.

Date: September 21, 2012

*[Signature]*
CHRISTINA A. SNYDER
United States District Judge

*[Handwritten overlay: "Refusal for Cause"]*