```
FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            8.          DEPUTY
```

Name: Denise Elizabeth

Address: c/o 622 S. Broadway, #5

Redondo Beach, California

Phone: n/a

Fax: n/a

~~In Pro Per~~

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Denise Elizabeth | CASE NUMBER: |
| Plaintiff | CV12-7719-CAS(VBKx) |
| v. | |
| Timothy Franz GEITHNER & Selvi STANISLAUS | |
| | NOTICE |
| Defendant(s). | |

Notice of Refusal for Cause of Final Notice Before levy.

CV-127 (09/09)    ~~PLEADING PAGE FOR A SUBSEQUENT DOCUMENT~~

STATE OF CALIFORNIA                                                          HH13
FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO CA 94267-0011                                            Notice Date: 09/24/12

092412111009++++++++2131480295000000000000000000000042119565

**Final Notice Before Levy**                  Account Number: 2131480295

☐ Check this box and indicate new address on reverse.    Tax Year(s): 2011, 2010, 2009

DENISE S LAM
622 S BROADWAY 5
REDONDO BEACH CA 90277-4207

Balance Due:    **$4,211.95**
Pay By:         **10/09/12**

Return this part with your payment ↑
Keep this part for your records ↓

**Final Notice Before Levy**

Notice Date: 09/24/12                Account Number: 2131480295

**This is your final demand for payment.** If we do not receive payment in full within 30 days of the date of this notice, a state tax lien may be filed against your property per Government Code Section 7171. We can also begin involuntary collection action, without further notice to you, which may include imposing a $159.00 collection fee***, contacting third parties, seizing deposit accounts, and seizing and selling real and personal property. Collection action also allows us to garnish 25 percent of your wages.

The balance summary below shows the details of your account. The balance due includes all payments and credits applied to your account through September 02, 2012.

**If you cannot pay the balance due**, you may be eligible to make monthly payments through our Installment Agreement Program. For more information go to **ftb.ca.gov** and search for **installment agreement**. To request an Installment Agreement Request (FTB 3567), call (800) 338-0505, follow the instructions to request forms, then enter code 949.

**If you think you do not owe this amount**, call us at (800) 689-4776, (916) 845-7044 (voice), or hearing impaired with TTY/TDD (800) 822-6268, or send us a fax at (916) 845-0593.

**To Pay Your Balance:**

**Online and other payment options:** Go to **ftb.ca.gov** and select **payment options**.

**Check or money order:** Make payable to the **Franchise Tax Board**. Include your full name and account number on your payment and mail to:

FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO CA 94267-0011

**Credit card:** Use FTB 4032 (enclosed).

No additional penalties or interest will accrue if we receive full payment within 15 days from the notice date.

*[Handwritten across document: "Refusal for Cause"]*

**BALANCE SUMMARY FOR ACCOUNT    2131480295**

| TAX YEAR | TAX | * PENALTY AMOUNT | CODE ** | * INTEREST | COLLECT * FEES | PAYMENTS | ADJUSTMENTS | TAX YEAR AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2011 | $2,559.00 | $83.13 | BC | $12.04 | $0.00 | $0.00 | $1,838.00 | $816.17 |
| 2010 | $5,726.00 | $304.40 | B | $113.71 | $68.00 | $200.00 | $3,466.00 | $2,546.11 |
| 2009 | $3,300.00 | $155.25 | A | $73.42 | $0.00 | $0.00 | $2,679.00 | $849.67 |

| **OTHER LIABILITY CODES = = >** | **OTHER LIABILITY AMOUNT = = >** |
|---|---|
| | **BALANCE DUE    $4,211.95** |

* Penalties, interest, fees, and your rights as a California taxpayer are explained on the enclosed insert FTB 1140.
** Penalty and other liability codes are listed on FTB 4959.
*** The amount of the fee may be changed without further notice based on legislative requirements.

FTB 4966 V1 ARCS (REV 09-2010)

## Penalty and Other Liability Codes

California tax law authorizes the assessment of penalties for failure to meet the deadlines for filing tax returns, paying taxes, or furnishing information. The type of penalty or liability charged to your account is identified below.

**Tax Year Penalty Codes -**

A   Failure to file a return by the due date *
B   Failure to pay the tax shown on your return by the due date *
C   Underpayment of estimated tax *
D   Failure to file a return *
E   Failure to make a reasonable attempt to obey the tax laws *
F   Fraud/Delinquent return
G   Overstatement of property's value or its adjusted basis
H   Substantial understatement of tax liability
I   Miscellaneous penalty
J   Fraud penalty
K   Failure to furnish information
L   Failure to report unrealized gain on commodity straddles
M   Failure to file return or furnish information upon notice and demand
N   Failure to supply Schedule K-1
O   Accuracy-related penalty
P   Fraud/Accuracy-related penalty
Q   Taxpayer penalty
R   Combined penalties
S   Accuracy/Gross valuation misstatement
T   Reportable transaction understatement
U   Interest-based penalty
V   Noneconomic substance transaction understatement
W   50 percent interest based
X   Post Amnesty
Y   40 percent accuracy
Z   Increased interest related to potentially abusive tax shelters

**Taxpayer Liability Codes -**
**These liabilities are penalties for:**

A   Submitting false *Employee's Withhold Allowance Certificate*, federal form W-4
B   Submitting false *Employee's Withhold Allowance Certificate*, state form DE-
C   A dishonored payment
D   Unmeritorious proceedings by a taxpayer
E   Promoting abusive tax shelters
F   Aiding/Abetting understatement of tax liability
G   Filing a frivolous return
H   Failure to file/furnish an information return
I   Failure to furnish information regarding tax shelters by a promoter
J   Failure to maintain records regarding tax shelters
K   Failure to meet original issue discount reporting requirements
L   Failure to report amounts paid as compensation for personal services
M   Failure to furnish information required to register tax shelters
N   Failure to provide reports on IRA/annuities
O   Understatement of taxpayer's tax liability by a tax preparer
P   Failure of tax preparer to furnish copy of return to taxpayer
Q   Tax preparer who endorses/negotiates a taxpayer's refund warrant
R   Failure to provide licensee information
S   Frivolous court proceeding
T   Failure to file complete, accurate, and timely withholding information return
U   Preparer penalty-understatement of taxpayer's liability
V   Promoter penalty
W   Frivolous return penalty
X   Failure to register or maintain investor list penalty
Y   Failure to disclose reportable and listed transaction penalty
Z   Frivolous submissions penalty
1   Failure to register as a tax preparer with the California Tax Education Council
2   Nonwage withholding penalty or liability
3   Erroneous direct deposit refund
4   Mandatory e-pay penalty (1 percent)
5   Court-ordered restitution
6   Cost of investigation/prosecution

*****The enclosed insert explains these penalties in more detail.**

FTB 4959 ARCS (REV 09-2011)

3.



State of California
Franchise Tax Board

# FTB 1140 Personal Income Tax Collections Information

## Rights as a Taxpayer

Our goal is to make certain we protect your rights. We want you to have the highest confidence in the integrity, efficiency, and fairness of our state tax system. The California Taxpayers' Bill of Rights (FTB 4058) includes information on state taxpayers' rights and how to request written tax advice from us. Get FTB 4058 at **ftb.ca.gov** or by phone or mail:

Website: **ftb.ca.gov**
Telephone: 800.338.0505
(Select Personal Income Tax)
Mail: FRANCHISE TAX BOARD
PO BOX 942840
SACRAMENTO CA 94240-0040

## Bill of Rights Highlights

The California Taxpayers' Bill of Rights ensures that we adequately protect the rights, privacy, and property of all California taxpayers during the process of assessing and collecting taxes. The following information may be helpful if we begin collection actions on your tax liability.

## Alternatives to Collection Actions

You can prevent collection actions if you:
- Pay your tax liability in full.
- Enter into an installment agreement.
- File required tax returns or provide proof that you have no filing requirement.
- Make an Offer in Compromise that we accept.
- Establish that a financial hardship prevents you from paying your liability.

## Laws Regarding Collection Actions

### Third Party Contacts

We may contact third parties to determine or collect your tax liabilities. Subject to privacy laws and your rights as a taxpayer, you may obtain a list of those contacts within the 12-month period following the date of the enclosed notice. We must receive your request no later than 60 days after the 12-month period has ended. For more information, write to: DISCLOSURE OFFICE, **FRANCHISE TAX BOARD**, PO BOX 1468, SACRAMENTO CA 95812-1468. (Revenue and Taxation Code (R&TC) Section 19504.7)

### Installment Agreement Rejection or Termination

If we reject your request for an installment agreement, we will send you a notice stating the reason for the rejection. If we intend to terminate your existing installment agreement, we will send you a notice 30 days prior to the termination stating the reason for such action. If we reject your installment agreement request or terminate your existing installment agreement, you have the right to an independent administrative review. To request the review, send your written request with any supporting documents to Taxpayers' Right Advocate at: Executive and Advocate Services MS A381, **Franchise Tax Board**, PO Box 157, Rancho Cordova, CA 95741-0157. If you request a review within 30 days of the rejection or termination, collection actions will generally be stayed while the review is pending.

### Tax Liens

If we record a notice of state tax lien, you can get it released by paying the total tax liability (including any penalties and accrued interest) for the tax years represented by the lien. We record a certificate of release in the office of the county recorder where we filed the tax lien and/or with the California Secretary of State no later than 40 days after you pay the liability. If you pay by check, the 40-day period does not begin until your financial institution honors the check. (Government Code Sections 7174(a)(1) and 7174(e)(1))

Unfortunately, we sometimes record a notice of state tax lien in error. If this happens to you, write to us and explain why the notice of state tax lien was recorded in error. If we agree with you, we send a notice to the applicable county recorder's office and to credit reporting companies stating that we filed the tax lien in error. (R&TC Section 21019)

### Bank, Wage, or Other Levies

If we take your property and you believe our action is improper, you have the right to a hearing. To request a hearing, you must contact the Taxpayers' Rights Advocate within 30 days after we seize your property. At the hearing, you should provide information that demonstrates the need to change or withdraw our levy or stop the sale of your property. If we seize your bank account in error, and you did not contribute to that error, we may reimburse you for related bank charges. You must file your reimbursement claim within 90 days of the levy. (R&TC Section 21018) The California Code of Civil Procedure Sections 700.010 through 704.995, and R&TC Sections 18670 and 18671 governs the seizure and sale of real and personal property. The California Code of Civil Procedure Sections 706.020 through 706.154 governs wage garnishment.

*(handwritten overlay: "Refusal for Cause")*

FTB 1140 (REV 07-2012)   **PAGE 1**

4.

## Claim for Refund – Time Limit

There is a time limit to request a refund from us. Generally, you can file a refund claim until the later of four years from the due date of your return, or one year from the date of overpayment. (R&TC Section 19306) Generally, you may only request a refund when you have paid the full amount due. For claims filed on or after January 1, 2002, even if you have not yet paid the amount due in full, you can file an informal refund claim within the time frames indicated above. An informal claim will protect your right to file an appeal with the California State Board of Equalization or to file suit against us in court until you have paid the total amount due. However, amounts paid more than seven years ago cannot be refunded. (R&TC Section 19322.1)

## Internet and Telephone Assistance

Website: ftb.ca.gov
Telephone: 800.852.5711
from within the United States
916.845.6500
from outside the United States
TTY/TDD: 800.822.6268 for persons with hearing or speech impairments

## Fees

### Cost Recovery Fees

We charge you cost recovery fees if we must take action to resolve your filing and payment delinquencies. Cost recovery fees may include a filing enforcement fee, a collection fee, a lien fee, a federal treasury offset fee, and fees to cover the cost of seizing and selling property. (Government Code Sections 7171, 7174 and 16583.1 and R&TC Sections 19209, 19221, 19233, 19234 and 19254)

## Tax Liens

If you do not pay your entire California income tax liability by the time it becomes due and payable, the unpaid amount is subject to a state tax lien. (Government Code Section 7162 and R&TC Section 19221) We may record a notice of state tax lien in the county recorder's office of the county in which you live or own real property. We may also file a state tax lien with the California Secretary of State. (Government Code Sections 7171 and 7220)

## Interception

If you do not pay your entire California income tax liability by the time it becomes due and payable, the unpaid amount could be satisfied by interception of any funds due to you from another U.S. state or California state agency. If you do not believe you owe this debt, you must contact us within 30 days from when you first receive a Return Information Notice or Statement of Tax Due to prevent possible interception. (Government Code Section 12419)

## Penalties

### Accuracy and Fraud Penalty

Under certain circumstances, if you understate your tax liability, we may impose a penalty equal to 20 percent of the related underpayment. We may also impose a fraud penalty equal to 75 percent of the related underpayment. For tax years that were eligible for tax amnesty, we may impose an accuracy-related penalty if you have understated your liability. The penalty is equal to 40 percent of the related underpayment. (R&TC Section 19164)

### Dishonored Payment Penalty

We impose a penalty if your financial institution does not honor a payment you make to us by your check, money order, or electronic funds transfer. For a payment of $1250 or more, the penalty is 2 percent of the payment amount. For a payment less than $1250, the penalty is $25 or the payment amount, whichever is less. (R&TC Section 19134)

### Demand to File Penalty

If we send you a demand to file your income tax return or to provide us with information, and you do not comply, we impose a penalty of 25 percent of the tax on our assessment before applying any payments or credits. Therefore, you may owe penalties and interest even if your tax return shows that a refund is due. This penalty is in addition to the 25 percent late return penalty. (R&TC Section 19133)

### Estimated Tax Penalty

We impose a penalty if you do not pay, pay late, or underpay an estimated tax installment. We calculate the penalty on the unpaid amount from the due date of the estimated tax installment to the date we receive your payment or to the due date of the return, whichever is earlier. See the interest rate listed on PAGE 3. (R&TC Section 19136)

### Delinquent Filing Penalty

If you do not file your return by the extended due date, we impose a penalty of 25 percent of the amount due, after applying any payments and credits made on or before the original tax return due date. We impose the penalty from the original due date of the tax return. (For a tax return that shows a balance due, the minimum delinquent filing penalty is $135 or 100 percent of the tax due after applying timely payments and credits, whichever is less.) (R&TC Section 19131)

### Underpayment and Monthly Penalty

We impose a penalty if you do not pay the total amount due shown on your tax return by the original due date. The penalty is 5 percent of the unpaid tax, plus 0.5 percent of the unpaid tax for each month or part of a month it remains unpaid. The maximum penalty is 25 percent of the unpaid tax. (R&TC Section 19132)

## 50 Percent Interest-Based Penalty

We imposed a penalty because you had a past-due tax liability that qualified for tax amnesty, but you did not resolve your tax obligations. Check **ftb.ca.gov** for more information. The penalty is equal to 50 percent of the interest that accrued on your balance from the original due date of the tax to March 31, 2005. We can allow a claim for refund of this penalty only on the grounds that the amount of the penalty was not properly computed by the Franchise Tax Board. (R&TC Section 19777.5(a)(1))

## Post-Amnesty Penalty

We impose a penalty when you owe new or additional tax on a tax year that qualified for tax amnesty. The penalty is equal to 50 percent of the interest that accrued on the tax assessment from the original due date of the tax to March 31, 2005. The penalty is not part of the deficiency amount and will be recomputed and assessed only and when the proposed deficiency assessment becomes a final assessment and the final deficiency amount exceeds any prepayments made before March 31, 2005. We can allow a claim for refund of this penalty only on the grounds that the amount of the penalty was not properly computed by the Franchise Tax Board. (R&TC Section 19777.5(a)(2))

## Information Return Penalty

We assess a penalty for failure to file complete, correct, and timely information returns. The penalty is calculated per payee:
- $15 if filed 1 to 30 days after the due date.
- $30 if filed 31 days to 6 months after the due date.
- $50 if filed more than 6 months after the due date. (R&TC Section 19183)

## Nonnotification Liability

We assess a liability when the real estate escrow person fails to provide written notice of the withholding requirements to the buyer. The penalty is the greater of $500 or 10 percent of the required withholding. (R&TC Sections 18662 and 18668)

## Intentional Disregard Penalty

We assess a penalty on any person, including the withholding agent, who intentionally disregards the filing or correct information reporting requirements. The penalty assessment is the greater of $100 or 10 percent of the required withholding. (R&TC Section 19183 and IRC 6721(e))

## Failure to Remit Withholding

We assess a liability for failure to remit withholding. Any person, including the withholding agent, who fails to remit or under remits withholding is liable for the greater of:
- The amount actually withheld, plus interest.
- The amount of taxes due from the nonresident, but not more than the amount required to be withheld, plus interest. (R&TC Sections 18662 and 18668)

## Failure to Withhold

We assess a liability for failure to withhold. Any person, including the withholding agent, who fails to withhold or under withholds withholding is liable for the greater of:
- The amount actually withheld, plus interest.
- The amount of taxes due from the nonresident, but not more than the amount required to be withheld, plus interest. (R&TC Sections 18662 and 18668)

## Mandatory e-Pay Penalty

We impose a penalty because you failed to make mandatory electronic payments. If you pay by other means, we impose a penalty equal to 1 percent of the amount paid, unless your failure to pay electronically was for reasonable cause and not willful neglect. Payments made using your bank's online bill payment system may not meet the electronic payment requirement, as your bank will generally mail us a paper check. Prior to using your bank's online bill payment system, you should confirm they will send us your payment electronically. For more information, go to **ftb.ca.gov** and search for **mandatory e-pay**. (R&TC Section 19011.5)

## Interest Rates

Interest accrues on unpaid taxes from the original due date of the return until the date we receive full payment. Interest also accrues on penalties from the effective date of the penalty until the date we receive full payment. (R&TC Section 19101) To find current and prior interest rates go to **ftb.ca.gov** and search for **interest rates**.

## Taxpayers' Rights Advocate Review

You have the right to an independent review if we levy your income or assets or file a tax lien. You must submit your request for review within 30 days of the date of the levy notice or within 30 days of the date of the tax lien notice. (R&TC Section 21015.5 & 21019) For assistance, mail your request to: Executive and Advocate Services MS-A381, **Franchise Tax Board**, PO Box 157, Rancho Cordova, CA 95741-0157 or call us at 800.883.5910 or fax us at 916.843.6022.

*[Handwritten annotation across page: "Rebusal for Cause"]*

FTB 1140 (REV 07-2012)    PAGE 3

## Other Payment Options

- **Credit Card** - Call **800.272.9829** or go to **officialpayments.com**.

  Official Payments charges a 2.3 percent convenience fee.

- **Western Union** - Call **800.238.5772** or go to **westernunion.com**. Fees may apply.

- **Installment Agreements** - If you are unable to pay the balance in full, you may qualify for an installment agreement. Go to **ftb.ca.gov** and search for **installment agreement**.

FTB 4032 (REV 02-2012)   OSP 12 125881

## MyFTB Account

View your payments and other account information online, includ[ing] FTB-issued 1099-G and 1099-INT records. Go to **ftb.ca.gov** and search for **myftb account**.

State of California
Franchise Ta[x]

*Refusal for Cause*

## Pay your taxes online and get into saving!

> **Go to ftb.ca.gov**

 Save time · Save hassle · Save trees

## Use Web Pay - our free, secure, online payment service.

It's simple. Go to **ftb.ca.gov**, search for **web pay**, and click **Make a Payment** to get started.

*Refusal for Cause*