FILED

Name: Denise Elizabeth

Address: c/o 622 S. Broadway, #5

Redondo Beach, California

Phone: n/a

Fax: n/a

~~In Pro Per~~

2012 NOV 30  PM 2: 42

CLERK, U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Denise Elizabeth | CASE NUMBER: |
|---|---|
| Plaintiff | CV12-7719-CAS(VBKx) |
| v. | |
| Timothy Franz GEITHNER & Selvi STANISLAUS | Default Judgement |
| Defendant(s). | |

Default judgements as defendants failed to assert any claim to Denise Elizabeth, by proving the certificate of search in the district court to be faulty or fraudulent within twenty days stipulated.

denise elizabeth
30/11/2012

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

①

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

State of California
County of Los Angeles

On 11-7-12 before me, Erik E Orozco, Notary Public,
            Date                              Here Insert Name and Title of the Officer

personally appeared Denise Elizabeth Lam
                                    Name(s) of Signer(s)

ERIK E. OROZCO
Commission # 1991561
Notary Public - California
Los Angeles County
My Comm. Expires Sep 17, 2016

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
                  Signature of Notary Public

Place Notary Seal Above

———— OPTIONAL ————
Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: Default Judgment
Document Date: 11-7-12                Number of Pages: 2
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: Denise Elizabeth
☐ Corporate Officer — Title(s): _____
☒ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)       Item #5907



# In the United States District Court
## for the Central District of California

RE: CV12-7719-CAS (VBKx)

### Default judgment

Defendants Timothy Franz GEITHNER and Selvi STANISLAUS have failed to assert any claim to Denise Elizabeth by proving the certificate of search in the district court to be faulty or fraudulent within the twenty days stipulated. As stipulated on the summons properly formed and served;

> You are hereby summoned and required to serve upon plaintiff, whose address is: Denise Elizabeth; 622 S. Broadway #5; Redondo Beach, California. [90277] AND FILE WITH THE CLERK OF THE COURT an answer to the complaint which is herewith served upon you, within twenty 20 days of service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

default judgment is hereby entered and the injunctive relief sought in the counterclaim is awarded to Denise Elizabeth. Timothy Franz GEITHNER and Selvi STANISLAUS are by law to forfeit seizure upon Denise Elizabeth's property and person. If the Defendants fail to do so, a certificate of exigent circumstances will issue calling for Timothy Franz GEITHNER and Selvi STANISLAUS to be arrested in the cognizance of the State Department and Speaker of the House.

*denise-elizabeth*
622 S. Broadway #5
Redondo Beach, California.
[90277]

See attached
11-7-12

Demand for lawful money pursuant to Title 12 US Section 411

(3)

The round-date and certificate of mailing testify that certified copies of this default judgment were posted as follows:

| | |
|---|---|
| United States District Court<br>for the Central District of California<br>312 North Spring Street<br>Los Angeles, California.<br>    [90012-4701] | Registered mail R_____ US |
| Selvi STANISLAUS<br>EXECUTIVE OFFICER MS A390<br>PO BOX 115<br>RANCHO CORDOVA,<br>California<br>    [95741-0115] | Registered mail # R_____ US |
| Timothy Franz GEITHNER<br>1500 Pennsylvania Ave. NW<br>city of Washington<br>District of Columbia<br>    [20220] | Registered mail # R _____ US |

CASH OUT TICKET
TELLER 4

| Teller Stamp: | $100 | 300 | | $1.00 | |
|---|---|---|---|---|---|
| | 50 | 50 | | 0.50 | |
| CTB TORRANCE BR. | 20 | | | 0.25 | |
| | 10 | | | 0.10 | |
| JUN 06 '12 | 5 | | | 0.05 | |
| | 2 | | | 0.01 | |
| #4 | 1 | | | | |
| | TOTAL: | 350 | | TOTAL: | |

ChkWdr   350.00
6/07/2012 02:05:12 PM
0008 01 0804 027
TP - Memo:

08027444

⑈ 0804⑈ ⑆50 1000004⑆ 1000 110008⑈   600

**Chinatrust Bank (U.S.A.)**   DATE: 6/7/2012

WITHDRAWAL / DEBIT ACCOUNT
☒ CASH   $ 350
☐ PURCHASE CASHIER'S CHECK   $
PAYABLE TO:
☐ TRANSFER TO ACCOUNT   $
CREDIT TO (ACCOUNT NO.)
FEE   $
TOTAL WITHDRAWAL:   $
LEGAL AMOUNT:   $

☒ DDA   ☐ MMA   ☐ SAVINGS
DEPOSIT:
CURRENCY:   $
COIN:   $
CHECKS (REVERSE FOR MORE LISTING)   $
TOTAL FROM REVERSE SIDE   $
SUBTOTAL:   $
LESS CASH   $
TOTAL DEPOSIT:   $

I HEREBY AUTHORIZED THIS TRANSACTION AND ALL ITEMS ARE SUBJECT TO THE DEPOSITORY BANK'S REGULATION RELATING TO DEPOSIT AND WITHDRAWALS.

BANK USE ONLY:   ☐ OFAC SEARCH
CUSTOMER NAME: Denise Elizabeth
SIGNATURE: Demand lawful money
DBA

ACCOUNT NUMBER   TRAN CODE   AMOUNT   350 00

⑆5500⑈ 2000⑆

Received cash as follows:

$100  HB 20429476 C
$100  HF 66050837 E
$100  HL 67256085 D
$ 50  AR 34081244 A

YOOJIN C. KIM
COMM. #1909527
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires OCT 21, 2014

⑤