```
FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

Name: Denise Elizabeth

Address: c/o 622 S. Broadway, #5

Redondo Beach, California

Phone: n/a

Fax: n/a

~~In Pro Per~~

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Denise Elizabeth | CASE NUMBER: |
|---|---|
| Plaintiff | CV12-7719-CAS(VBKx) |
| v. | |
| Timothy Franz GEITHNER & Selvi STANISLAUS | NOTICE for Cause |
| Defendant(s). | |

Refusal for Cause Letter from Jones Ct/Hughes dated November 13, 2012.

Denise-elizabeth
30/11/2012

CV-127 (09/09)         PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

(1)



U. S. Department of Justice

**United States Attorney**
**Central District of California**

*James C. Hughes*
*Assistant United States Attorney*
*Telephone: (213) 894-4961*
*Facsimile: (213) 894-0115*
*Email: james.hughes2@usdoj.gov*

*Room 7211 Federal Building*
*300 N. Los Angeles Street*
*Los Angeles, CA 90012*

November 13, 2012

Denise Elizabeth
Denise Elizabeth Lam
622 South Broadway #5
Redondo Beach, California 90277

  Re: *Denise Elizabeth v. Timothy Franz Geithner*
    Case No.: CV 12-7719 CAS (VBK)

Dear Ms. Lam:

  Local Rule 7-3 of the Central District of California requires that counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution.

  In compliance with this rule, I am contacting you to advise you that the Government anticipates filing a motion to dismiss your recent complaint in this case. Specifically, the Government will assert that:

  a. The Court lacks subject-matter jurisdiction over any discernible claims in the complaint;

  b. You have not properly served the United States as required by the Federal Rules of Civil Procedure;

  c. You have failed to state a claim on which relief may be granted; and

  d. You have failed to comply with Rule 8 of the Federal Rules of Civil Procedure requiring a short and plain statement of (1) the grounds for the Court's jurisdiction and (2) the claim showing that you are entitled to relief.

*[Stamped across letter: "Refusal for Cause"]*

Authority in support of the Government's anticipated motion include the following cases in which complaints similar to yours have been dismissed: *Ruiz v. Geithner,*[1] *Holman v. Paulson*[2], and *Keith v. Everson*[3] which cites to several other cases dismissing similar complaints.

Please contact me no later than November 19, 2012, so that we may discuss this matter. I may be reached at (213) 894-4961.

Very truly yours,

ANDRÉ BIROTTE JR.
United States Attorney

JAMES C. HUGHES
Assistant United States Attorney

*Rebusal for cause*

---

[1] 2009 WL 3232160 (S.D. Cal. 2009)
[2] 2009 WL 1465461 (E.D. N.C. 2009)
[3] 2004 WL 2601073 (D.Nev. 2004)



Denise Elizabeth
622 S. Broadway #5
Redondo Beach, California.
[90277]

United States District CourtRegistered mail # RE 370 576 708 US
for the Central District of California
312 North Spring Street
Los Angeles, California.
[90012-4701]

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx). This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_denise elizabeth_
Denise Elizabeth

James C. HughesRegistered mail # RE 370 576 711 US
Room 7211 Federal Building
300 N. Los Angeles Street
Los Angeles
California
[90012]

]