Name: Denise Elizabeth

Address: c/o 622 S. Broadway, #5

Redondo Beach, California

Phone: n/a

Fax: n/a

~~In Pro Per~~

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Denise Elizabeth

Plaintiff

v.

Timothy Franz GEITHNER & Selvi STANISLAUS

Defendant(s).

CASE NUMBER:

CV12-7719-CAS(VBKx)

NOTICE OF REFUSAL FOR CAUSE

1. United States of America's notice of motion of motion and motion to dismiss under rules 8 and 12 of the Fed. R. CIV. P.

2. United States of America's memorandum in support of its motion to dismiss under rules 8 and 12 of the Fed. R. CIV. P (14 pages)

3. United States of America's notice of motion and motion to dismiss under rules 8 and 12 of Fed. R. CIV. R (2 pages)

denise-elizabeth
30/11/2012

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

①

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CA SBN 263878)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4961
    Facsimile: (213) 894-0115
    Email: james.hughes2@usdoj.gov

Attorneys for Defendant, the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENISE ELIZABETH,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY FRANZ GEITHNER, et al.,<br><br>    Defendants. | Case No. CV12-7719 CAS (VBKx)<br><br>UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS UNDER RULES 8 AND 12 OF THE FED. R. CIV. P.<br><br>Hearing:<br>January 14, 2013, at 10 a.m.<br>Courtroom 5 (Room 218-J; 2nd Floor)<br>Federal Courthouse<br>312 North Spring Street,<br>Los Angeles, California<br><br>Judge Christina A. Snyder |

    The United States of America (erroneously named in this action through its agent, Timothy Franz Geithner), by and through its undersigned counsel, hereby submits this memorandum in support of its motion (1) to dismiss plaintiff's complaint for lack of subject matter jurisdiction (Fed. R. Civ. P. 12(b)(1)); (2) to dismiss for failure to state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6); (3) to dismiss for failure to properly serve the United States (Fed. R.

1  Civ. P. 12(b)(5)); and for failure to provide the Court with a short and plain
2  statement of both the grounds for the Court's jurisdiction and the claim showing
3  that the pleader is entitled to relief (Fed. R. Civ. P. 8(a)).
4      Plaintiff's Libel of Review is largely indecipherable and offers little
5  guidance as to the circumstances giving rise to this suit. As explained more fully
6  below, defects in both the substance and service of the complaint render the
7  pleading defective on its face, and therefore subject to dismissal by the Court.

**I. Lam's Filings with the Court**

On September 10, 2012, Denise Elizabeth Lam ("Lam") filed a document captioned "Denise Elizabeth v. Timothy Franz Geithner and Selvi Stanislaus" and entitled:

> Libel of Review
> - common law counterclaim in admirality
> - notice of lis pendens and –
> - verified statement of right-
> Re: God-given unalienable rights in the
> original estate – Article III; Constitution

The ensuing pleading is a largely nonsensical series of accusations levied against federal and state tax authorities. Lam accuses Timothy Franz Geithner, the current Secretary of the Treasury, and Selvi Stanislaus, the current Executive Officer of the California Franchise Tax Board, of "denying [Lam's] right to demand lawful money and interfering with [Lam's] redemption from the elastic currency system of the Federal Reserve."[1] With respect to Mr. Geithner in particular, Lam alleges that he has sent her letters threatening "a $5K frivolous tax penalty."[2] Lam appears to dispute her liability for this penalty, and indeed income taxes in general, claiming that "[t]his presumption of liability…is erroneous and based upon endorsements of private credit from the Federal Reserve that have

---

[1] Libel of Review at 3
[2] Id.

RE: DENISE ELIZABETH V. TIMOTHY FRANZ GEITHNER, et al.

CASE NO. CV12-7719 CAS (VBKx)

## SERVICE LIST

Denise Elizabeth
622 S. Broadway, Suite 5
Redondo Beach, CA 90277

Denise Elizabeth Lam
622 S. Broadway, Suite 5
Redondo Beach, CA 90277

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CA SBN 263878)
Assistant United States Attorney
  Room 7211 Federal Building
  300 North Los Angeles Street
  Los Angeles, CA 90012
  Telephone: (213) 894-4961
  Facsimile: (213) 894-0115
  Email: james.hughes2@usdoj.gov

Attorneys for Defendant, the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENISE ELIZABETH., <br> Plaintiff, <br> vs. <br> TIMOTHY FRANZ GEITHNER, et al. <br> Defendants. | Case No. CV12-7719 CAS (VBKx) <br> [proposed] Order |

*(handwritten across order: "Refusal for cause")*

After consideration of the United States' motion to dismiss and for good cause shown, the Court determines that:

1. The United States is the proper party in interest.
2. The Court lacks subject matter jurisdiction over any claims that are discernable from the face of the complaint.
3. Plaintiff has not properly served the United States.
4. Plaintiff failed to state a claim on which relief can be granted.

5.  Plaintiff failed to comply with Rule 8's requirements regarding a short and plain statement of (1) the grounds for the Court's jurisdiction and (2) the claim showing that the pleader is entitled to relief.

And, therefore, Plaintiff's complaint is dismissed.

**IT IS SO ORDERED.**

DATED: _____     _____
CHRISTINA A. SNYDER
United States District Court Judge

*Refusal for Cause*

RE: DENISE ELIZABETH V. TIMOTHY FRANZ GEITHNER, et al.

CASE NO. CV12-7719 CAS (VBKx)

## SERVICE LIST

Denise Elizabeth
622 S. Broadway, Suite 5
Redondo Beach, CA 90277

Denise Elizabeth Lam
622 S. Broadway, Suite 5
Redondo Beach, CA 90277



Refusal for Cause

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JAMES C. HUGHES (CA SBN 263878)
Assistant United States Attorney
  Room 7211 Federal Building
  300 North Los Angeles Street
  Los Angeles, CA 90012
  Telephone: (213) 894-4961
  Facsimile: (213) 894-0115
  Email: james.hughes2@usdoj.gov

Attorneys for Defendant, the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENISE ELIZABETH., <br>     Plaintiff, <br>     vs. <br> TIMOTHY FRANZ GEITHNER, et al. <br>     Defendants. | Case No. CV12-7719 CAS (VBKx) <br><br> UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER RULES 8 AND 12 OF THE FED. R. CIV. P. <br><br> Hearing date: January 14, 2013, at 10 a.m, <br> Courtroom 5 (Room 218-J; 2nd Floor) <br> Federal Courthouse <br> 312 North Spring Street <br> Los Angeles, California <br><br> Judge Christina A. Snyder |

On January 14, 2013, at 10 a.m., the United States will request the Court to dismiss Plaintiff's complaint under Rules 8 and 12 of the Federal Rules of Civil Procedure for the reasons set forth in the accompanying memorandum.

\\\

*(Stamped: "Refusal for Cause"; handwritten "ORIGINAL" on left margin; circled "8" at bottom.)*

1     In compliance with L.R. 7-3, on November 13, 2012, counsel for the United States wrote to Denise Elizabeth Lam notifying her of the Government's anticipated motion and requesting that he contact counsel for the Government. A copy of the Government's letter is attached as exhibit A. Counsel for the United States has received no response to his November 13 letter to the plaintiff.

Respectfully Submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DATED: 11/29/2012

*[signature]*

JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Defendant
United States of America

*[stamp: Refusal for Cause]*

## RE: DENISE ELIZABETH V. TIMOTHY FRANZ GEITHNER, et al.

## CASE NO. CV12-7719 CAS (VBKx)

### SERVICE LIST

Denise Elizabeth
622 S. Broadway, Suite 5
Redondo Beach, CA 90277

Denise Elizabeth Lam
622 S. Broadway, Suite 5
Redondo Beach, CA 90277

*Refusal to cause*

Denise Elizabeth
622 S. Broadway #5
Redondo Beach, California.
[90277]

United States District Court  Registered mail # R E 327 303 666 US
for the Central District of California
312 North Spring Street
Los Angeles, California.
[90012-4701]

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx). This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_denise elizabeth_
Denise Elizabeth

James C. Hughes  Registered mail # R E 327 303 652 US
Room 7211 Federal Building
300 N. Los Angeles Street
Los Angeles
California
[90012]