Name: Denise - elizabeth

Address: % 622 S. Broadway #5

Redondo Beach, California

Phone: n.a.

Fax: _____

~~In Pro Per~~

FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff | CASE NUMBER: |
| v. | CV 12-7719 - CAS (UBK x) |
| "Defendant(s)". | Refusal for Cause |

1. Sceduling notice vacated by judge C. A. Snyder

2. Minutes by judge C. A. Snyder

3. Scheduling notice by judge C. A. Snyder

4. Notice of dediciency.

5. Notice to filer of deficiencies.

denise-elizabeth
3/15/2013

①

CV-127 (09/09)        ~~PLEADING PAGE FOR A SUBSEQUENT DOCUMENT~~

Date Transmitted:        12/3/2012 2:20:13 PM

2:12-cv-07719   Doc: 0

Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach,   CA 90277

Number of Pages:        0

*Refusal for Cause*

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

②

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-07719-CAS-VBK Denise Elizab
eth v. Timothy Franz Geithner et al Text Only Scheduling Not
ice
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF
system.

Please DO NOT RESPOND to this e-mail because the mail box is
unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the
 United States policy permits attorneys of record and partie
s in a case (including pro se litigants) to receive one free
 electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER ac
cess fees apply to all other users.  To avoid later charges,
 download a copy of each document during this first viewing.
 However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing


The following transaction was entered  on 12/3/2012 at 2:10
PM PST and filed
on 12/3/2012


Case Name:
Denise Elizabeth v. Timothy Franz Geithner et al
Case Number:2:12-cv-07719-CAS-VBK

Filer:

Document Number:

12(No document attached)

③

Docket Text:

SCHEDULING NOTICE VACATED by Judge Christina A. Snyder, MOTI
ON to Dismiss
for Lack of Jurisdiction and for Failure to State a Claim Up
on Which Relief
Can Be Granted [10], previously scheduled for 12/10/2012 at
10:00 AM has
been terminated. The Court finds this motion appropriate for
 decision without
oral argument. Fed. R. Civ. P. 78; Local Rule 7-15.  Accord
ingly, the hearing
date of 12/10/2012, is hereby vacated, and the matter is her
eby taken under
submission. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS EN
TRY.(cj) TEXT
ONLY ENTRY

2:12-cv-07719-CAS-VBK Notice has been electronically mailed
to:

Elisa B Wolfe-Donato                                      &
nbsp &nbsp elisa.wolfe@doj.ca.gov,
evelyn.mendoza@doj.ca.gov

James C Hughes                                            &
nbsp &nbsp James.Hughes2@usdoj.gov

2:12-cv-07719-CAS-VBK Notice has been delivered by First Cla
ss U. S. Mail
or by other means BY THE FILER to :

④

Denise Elizabeth
622 S Broadway Suite 5
Redondo Beach,  CA 90277

Refusal for
Cause

Ⓢ

2:12-cv-07719  Doc: 21

Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach, CA   90277

Number of Pages:        2



*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-07719-CAS-VBK Denise Elizab
eth v. Timothy Franz Geithner et al Order on Motion to Dismi
ss/Lack of Jurisdiction
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and partie s in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if r eceipt is required by law or directed by the filer. PACER ac cess fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the fr ee copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 1/16/2013 at 6:24 PM PST and filed
on 1/16/2013

Case Name:
Denise Elizabeth v. Timothy Franz Geithner et al
Case Number:2:12-cv-07719-CAS-VBK

Filer:
WARNING: CASE CLOSED on 01/16/2013

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031116086073?case id=542081&de_seq_num=55&magic_num=MAGIC&pdf_toggle_possible=



Docket Text:

MINUTES (IN CHAMBERS) by Judge Christina A. Snyder RE: Defen
dant's Motion
to Dismiss for Lack of Jurisdiction and for Failure to State
 a Claim [10],
and Defendant's Motion to Dismiss for Lack of Jurisdiction [
11]. The
manifest insubstantiality of the present complaint deprives
this Court of
subject matter jurisdiction. This jurisdictional defect coul
d not be cured
by amendment. Accordingly, the Court hereby DISMISSES this a
ction with prejudice.
(MD JS-6. Case Terminated) Court Reporter: Not Present.    (gk
)

Rebusal Cause

2:12-cv-07719-CAS-VBK Notice has been electronically mailed
to:

Elisa B Wolfe-Donato       evelyn.mendoza@doj.ca.gov, elisa.wo
lfe@doj.ca.gov

James C Hughes     james.hughes2@usdoj.gov

2:12-cv-07719-CAS-VBK Notice has been delivered by First Cla
ss U. S. Mail

⑧

Denise   Elizabeth
622 S Broadway Suite 5
Redondo Beach CA 90277

Rebusal for
cause

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**      'O'   JS-6

| Case No. | CV 12-7719 CAS (VBKx) | Date | January 16, 2013 |
|---|---|---|---|
| Title | DENISE ELIZABETH V. TIMOTHY FRANZ GEITHNER, ET AL. | | |

Present: The Honorable   CHRISTINA A. SNYDER

| Catherine Jeang | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants

Not present                              Not present

**Proceedings:**   **(In Chambers:)** DEFENDANT'S MOTION TO DISMISS FOR
LACK OF JURISDICTION AND FOR FAILURE TO STATE A
CLAIM (Docket #10, filed November 7, 2012)

DEFENDANT'S MOTION TO DISMISS FOR LACK OF
JURISDICTION (Docket #11, filed November 29, 2012)

Plaintiff filed the instant action in this Court on September 10, 2012.  On
November 7, 2012, defendant Selvi Stanislaus filed a motion to dismiss, and on
November 29, 2012, defendant Timothy Franz Geithner filed a motion to dismiss.
Plaintiff has not opposed these motions.

Plaintiff's complaint is largely incomprehensible and rambling.  The Court cannot
discern what claims for relief it is attempting to assert, nor on what factual plaintiff seeks
relief.  A "complaint that is 'obviously frivolous' does not confer subject matter
jurisdiction. . . ." Franklin v. Murphy, 745 F.3d 1221, 1227 n. 6 (9th Cir. 1984) (citing
Hagans v. Levine, 415 U.S. 528, 536–37 (1974)); see also Neitzke v. Williams, 490 U.S.
319, 327 n. 6 (1989); Bell v. Hood, 327 U.S. 678, 681–82 (1946); Franklin v. Oregon
Welfare Div., 662 F.2d 1337, 1342–43 (9th Cir. 1981).  Dismissal for lack of subject
matter jurisdiction is proper when the federal claim is "so insubstantial, implausible,
foreclosed by prior decisions of this Court, or otherwise completely devoid of merit as
not to involve a federal controversy." Steel Co. v. Citizens for a Better Env't, 523 U.S.
83, 89 (1998) (citations and quotations omitted).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**        'O'   JS-6

| Case No. | CV 12-7719 CAS (VBKx) | Date | January 16, 2013 |
|---|---|---|---|
| Title | DENISE ELIZABETH V. TIMOTHY FRANZ GEITHNER, ET AL. | | |

    The manifest insubstantiality of the present complaint deprives this Court of subject matter jurisdiction.  This jurisdictional defect could not be cured by amendment.  Accordingly, the Court hereby DISMISSES this action with prejudice.

    IT IS SO ORDERED

Rebusal for cause

Initials of Preparer

| 00 | : | 00 |
|---|---|---|
| | CMJ | |



Date Transmitted:        1/10/2013 4:57:01 PM

2:12-cv-07719  Doc: 0

Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach,  CA 90277



Number of Pages:        0

*It is hereby certified that this document was served by first*
*class mail postage prepaid or by fax or e-mail delivery to*
*counsel (or parties) at their respective address or fax*
*number or e-mail address of record.*

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-07719-CAS-VBK Denise Elizab
eth v. Timothy Franz Geithner et al Text Only Scheduling Not
ice
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF
system.

Please DO NOT RESPOND to this e-mail because the mail box is
unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the
 United States policy permits attorneys of record and partie
s in a case (including pro se litigants) to receive one free
 electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER ac
cess fees apply to all other users. To avoid later charges,
 download a copy of each document during this first viewing.
 However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 1/10/2013 at 4:50
PM PST and filed
on 1/10/2013

Case Name:
Denise Elizabeth v. Timothy Franz Geithner et al
Case Number:2:12-cv-07719-CAS-VBK

Filer:

Document Number:

20(No document attached)

Docket Text:


SCHEDULING NOTICE by Judge Christina A. Snyder: On the Court
's own motion,
Defendant United States of America's Motion to Dismiss previ
ously scheduled
for 1/14/2013 at 10:00 AM has been vacated and is now under
submission. No
appearances are necessary on 1/14/2013. The Court's order wi
ll issue.
THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY.(ms) TEX
T ONLY ENTRY




2:12-cv-07719-CAS-VBK Notice has been electronically mailed
to:

*Refusal for Cause*


Elisa B Wolfe-Donato                                        &
nbsp &nbsp elisa.wolfe@doj.ca.gov,
evelyn.mendoza@doj.ca.gov

James C Hughes                                             &
nbsp &nbsp James.Hughes2@usdoj.gov




2:12-cv-07719-CAS-VBK Notice has been delivered by First Cla
ss U. S. Mail
or by other means BY THE FILER to :

Denise Elizabeth
622 S Broadway Suite 5
Redondo Beach, CA 90277

Refusal for
Cause

Date Transmitted:        12/6/2012 12:33:43 PM

2:12-cv-07719   Doc: 16

Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach, CA   90277

*Rebusal for Cause*

Number of Pages:        1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-07719-CAS-VBK Denise Elizab
eth v. Timothy Franz Geithner et al Notice of Deficiency - D
efault/Default Judgment (CV-52b)
Content-Type: text/html
This is an automatic e-mail message generated by the CM/ECF
system.
Please DO NOT RESPOND to this e-mail because the mail box is
unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the
United States policy permits attorneys of record and partie
s in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER ac
cess fees apply to all other users. To avoid later charges,
download a copy of each document during this first viewing.
However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing


The following transaction was entered  on 12/6/2012 at 12:26
 PM PST and filed
on 12/6/2012


Case Name:
Denise Elizabeth v. Timothy Franz Geithner et al
Case Number:2:12-cv-07719-CAS-VBK

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031115851863?case
id=542081&de_seq_num=41&magic_num=MAGIC&pdf_toggle_possible=
1



Docket Text:


NOTICE OF DEFICIENCY Re: Application for Default Judgment ag
ainst Defendants
[13]. The Clerk cannot enter the requested relief as: Motion
s to Dismiss
on File.  (gk)



2:12-cv-07719-CAS-VBK Notice has been electronically mailed
to:

*Rebusal for Cause*

Elisa B Wolfe-Donato      evelyn.mendoza@doj.ca.gov, elisa.wo
lfe@doj.ca.gov


James C Hughes      james.hughes2@usdoj.gov



2:12-cv-07719-CAS-VBK Notice has been delivered by First Cla
ss U. S. Mail
or by other means BY THE FILER to :



Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach CA 90277

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DENISE ELIZABETH

Plaintiff(s),

v.

TIMOTHY FRANZ GEITHNER, et al.

Defendant(s).

CASE NUMBER:

CV 12-07719 CAS (VBKx)

**NOTICE OF DEFICIENCY**
**DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of _____ Defendants _____ for the following
reason(s)

☐ No declaration as required by F.R.Civ.P 55(a)
☐ No proof of service/waiver of service on file
☐ The name of the person served does not exactly match the person named in complaint
☐ Proof of Service is lacking required information
☐ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
☐ Time to respond has not expired
☑ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
☐ Request for Entry of Default has been forwarded to the assigned Judge
☐ Party dismissed from action on _____
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have
  default reconsidered** .
☐ Other _____

The Clerk cannot enter the requested **Default Judgment** against _____ for the
following reason(s)

☐ No Entry of Default on file
☐ No declaration as required by F.R.Civ.P 55(b)
☐ The name of the person for which Default Judgment is requested does not exactly match the person named
  in the complaint
☐ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently
  filed complaint
☐ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
☐ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The
  Request for Entry of Default has been forwarded to the assigned Judge
☐ Amount sought is not for a sum certain or cannot be computed to a sum certain
☐ Attorney Fees sought not in compliance with Local Rule 55-3
☐ Amount sought for costs is incorrect
☐ Case terminated on _____
☐ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have
  default judgment reconsidered.**
☐ Other _____

CLERK OF COURT

By: G. Kami                           (213) 894-0747

Deputy Clerk

19

Date Transmitted:        12/12/2012 12:08:06 PM

2:12-cv-07719  Doc: 19

Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach, CA    90277

*Rebusal for Cause*

Number of Pages:        1

*It is hereby certified that this document was served by first
class mail postage prepaid or by fax or e-mail delivery to
counsel (or parties) at their respective address or fax
number or e-mail address of record.*

(20)

MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-07719-CAS-VBK Denise Elizab
eth v. Timothy Franz Geithner et al Notice of Deficiency in
Electronically Filed Documents (G-112)
Content-Type: text/html
This is an automatic e-mail message generated by the CM/ECF
system.
Please DO NOT RESPOND to this e-mail because the mail box is
 unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the
 United States policy permits attorneys of record and partie
s in a case (including pro se litigants) to receive one free
 electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER ac
cess fees apply to all other users. To avoid later charges,
 download a copy of each document during this first viewing.
 However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT
OF CALIFORNIA
Notice of Electronic Filing


The following transaction was entered  on 12/12/2012 at 12:0
2 PM PST and
filed on 12/10/2012


Case Name:
Denise Elizabeth v. Timothy Franz Geithner et al
Case Number:2:12-cv-07719-CAS-VBK

Filer:

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031115887462?case
id=542081&de_seq_num=50&magic_num=MAGIC&pdf_toggle_possible=
1

Docket Text:

NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Docu
ments RE: Notice
of Motion and Motion to Dismiss for Lack of Subject Matter J
urisdiction and
for Failure to State a Claim Upon Which Relief Can Be Grante
d filed 11/7/2012
[10]. The following error(s) was found: Local Rule 7.1-1 No
Certification
of Interested Parties. In response to this notice the court
may order (1)
an amended or correct document to be filed (2) the document
stricken or (3)
take other action as the court deems appropriate. You need n
ot take any action
in response to this notice unless and until the court direct
s you to do so.
(gk)

2:12-cv-07719-CAS-VBK Notice has been electronically mailed
to:

Elisa B Wolfe-Donato       evelyn.mendoza@doj.ca.gov, elisa.wo
lfe@doj.ca.gov

James C Hughes      james.hughes2@usdoj.gov

2:12-cv-07719-CAS-VBK Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :


Denise  Elizabeth
622 S Broadway Suite 5
Redondo Beach CA 90277

Rebusal for
Cause

(23)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DENISE ELIZABETH

PLAINTIFF(S)

v.

TIMOTHY FRANZ GEITHNER, et al.

DEFENDANT(S).

CASE NUMBER:

CV 12-07719 CAS (VBKx)

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 11/7/2012 | 10 | Notice of Motion and Motion to Dismiss for Lack of |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. Subject Matter Jurisdiction and for Failure to State a Claim Upon Which Relief Can Be Granted |

**ERRORS WITH DOCUMENT**

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Incorrect event selected.  Correct event to be used is _____
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☑ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ A Certificate of Good Standing is not attached to pro hac vice application
- ☐ Other:

Note:   **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: 12/10/2012

By: G. Kami          (213) 894-0747
          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

Denise Elizabeth
622 S. Broadway #5
Redondo Beach, California.
    [90277]

United States District Court
for the Central District of California
312 North Spring Street
Los Angeles, California.
    [90012-4701]

Registered mail # RE 327 303 944 US

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx). This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future.

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to:

*denise elizabeth*
Denise Elizabeth

Selvi STANISLAUS
EXECUTIVE OFFICER MS A390
PO BOX 115
RANCHO CORDOVA,
California
    [95741-0115]

7010 3090 0000 5279 5121

Timothy Franz GEITHNER
1500 Pennsylvania Ave. NW
city of Washington
District of Columbia
    [20220]

7010 3090 0000 5279 5114