| | |
|---|---|
| 1   Name: denise elizabeth <br> 2   Address: %622 S. Broadway #5 <br> 3   Redondo Beach, California <br> 4   Phone: _____ <br> 5   Fax: _____ <br> 6   ~~In Pro Per~~ | FILED <br> CLERK, U.S. DISTRICT COURT <br> JUN 1 8 2013 <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ~~Plaintiff~~ | CV12-7719-CAS (VBKx) |
| v. | |
| | Notice |
| ~~Defendant(s)~~ | |

Claim & Abatement
Refusal for Cause

CV-127 (09/09)     ~~PLEADING PAGE FOR A SUBSEQUENT DOCUMENT~~

①

**IRS** Department of the Treasury
**Internal Revenue Service**

ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

Date:
JUNE 05, 2013

Taxpayer Identification Number:
XXX-XX-0482      C 01

Case Reference Number:
3556867590

Caller ID:                                989392

Contact Telephone Number:
TOLL FREE:  1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

002456

DENISE ELIZABETH
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207057

*Refusal for Cause*

## Please Call Us About Your Overdue Taxes or Tax Returns

Although you may have responded to our previous notices or contact, your tax issue is still not resolved. As a result, your account has been assigned to this office for enforcement action, which could include seizing your wages or property. It's important that we hear from you within 10 days from the date of this letter.

IF YOU AREN'T ABLE TO PAY YOUR OVERDUE AMOUNT IN FULL, please call the telephone number shown above. Be ready to tell us your monthly income and expenses so we can help you arrange a payment plan.

IF YOU CAN FILE YOUR TAX RETURN WITH FULL PAYMENT, mail it to us within 10 days from the date of this letter. To help us apply your payment correctly, write your taxpayer identifying number and tax period on your check or money order and make it payable to the United States Treasury. Please send us your tax return and payment along with the enclosed return cover sheet in the envelope provided. Keep this letter for your records.

IF YOU CAN'T FILE YOUR TAX RETURN WITHIN 10 DAYS, please call us at the telephone number shown above. To help us determine if you need to file, be ready to provide us with your filing information. For an individual return, this includes your income, filing status, and total federal taxes withheld. For a business return, this includes wages paid, number of employees, and payroll Federal Tax Deposits (FTD) made.

IF YOU WOULD LIKE SOMEONE ELSE to call us for you, we must have a signed statement from you allowing us to disclose your tax information to this person. You should make your statement on Form 2848, "Power of Attorney and Declaration of Representative", which you can get from any IRS office or download from the IRS web site (www.irs.gov). You must send us a copy of the completed form before your representative calls.

Enclosures:
Return Cover Sheet
Envelope

*C. Rogers*

Operations Manager, Automated Collection System

*617750482113*

Letter 2050 (Rev 11-2009)(LT-16)



**Pay By Date:** 06-26-2013

| Account Summary | | DENISE ELIZABETH | | XXX-XX-0482 |
|---|---|---|---|---|
| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
| CIVPEN | 12-31-2011 | $ 5,000.00 | $ 99.53 | $ 0.00 | $ 5,099.53 |
| | | | | Total Amount Due $ | 5,099.53 |
| Type of Tax | Period Ending | | Name of Return | |

*[Handwritten across page: "Refusal Kozwzkof for tax cause"]*

③

Department of the Treasury -- Internal Revenue Service

Taxpayer Identification Number:
XXX-XX-0482
Case Reference Number:
3556867590



002456

# *Penalty and Interest*

The penalty and interest charges on your account are explained below. If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

## Paying Late - Internal Revenue Code Sections 6651(a)(2), a(3) and (d)(1)

We charge a late payment penalty of 1/2 percent of the tax owed for each month or part of a month the tax remains unpaid from the due date, up to a maximum of 25 percent of the tax due. The 1/2 percent increases to 1 percent for each subsequent month or part of a month if the tax remains unpaid 10 days after the IRS issues a notice of intent to levy.

## Interest - IRC Section 6601

We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full. Interest is also charged on penalties for late filing, late payment, over or understating valuations, and substantially understating the tax you owe. Interest compounds daily, except on late or underpaid estimated income taxes for individuals or corporations.

Corporate Interest - We charge additional interest of 2 percent if, according to our records, you didn't make your corporate tax (income, employment, excise, etc.) payment within 30 days after we notified you of the underpayment of tax. This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.



**IRS** Department of the Treasury
**Internal Revenue Service**

ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

Case Reference Number:
3556867590    WI

Date:
JUNE 05, 2013

Taxpayer Identification Number:
XXX-XX-0482        C 01

Contact Telephone Number:
TOLL FREE:  1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

002456.193660.0009.001 1 MB 0.405 864

DENISE ELIZABETH
622 S BROADWAY APT 5
REDONDO BEACH CA 90277-4207057

002456

*Refusal for Cause* (handwritten across page)

Provide Us With Your Telephone Numbers So We May Contact You

Home: _____     Best time to call: _____

Work: _____     Best time to call: _____

Enclose your payment, tax returns or other correspondence and return with this cover sheet.

Fold this cover sheet so our address appears in the window of the enclosed envelope.

FOLD HERE     and return with your reply           FOLD HERE     and return with your reply
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Automated Collection System
LT16

ACS Case Reference Number:
3556867590

MFT/TXPD:   55 / 201112

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

LT Coversheet  (except LT11/LT11NC) (5- 2011)

Form **843**
(Rev. August 2011)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 if your claim or request involves:
(a) a refund of one of the taxes (other than income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding) or a fee, shown on line 3,
(b) an abatement of FUTA tax or certain excise taxes, or
(c) a refund or abatement of interest, penalties, or additions to tax for one of the reasons shown on line 5a.

**Do not** use Form 843 if your claim or request involves:
(a) an overpayment of income taxes or an employer's claim for FICA tax, RRTA tax, or income tax withholding (use the appropriate amended tax return),
(b) a refund of excise taxes based on the nontaxable use or sale of fuels, or
(c) an overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name(s) TRUST Denise Elizabeth | Your social security number ###-##-0482 |
|---|---|
| Address (number, street, and room or suite no.) c/o 622 South Broadway, #5 | Spouse's social security number n/a |
| City or town, state, and ZIP code Redondo Beach, California [90277] | Employer identification number (EIN) n/a |
| Name and address shown on return if different from above | Daytime telephone number none |

**1 Period.** Prepare a separate Form 843 for each tax period or fee year.
From   1/1/2011   to   12/31/2011

**2 Amount** to be refunded or abated:
$   8,512.58  (See Attachment)

**3 Type of tax or fee.** Indicate the type of tax or fee to be refunded or abated or to which the interest, penalty, or addition to tax is related.
☐ Employment   ☐ Estate   ☐ Gift   ☐ Excise   ☑ Income   ☑ Fee

**4 Type of penalty.** If the claim or request involves a penalty, enter the Internal Revenue Code section on which the penalty is based (see instructions). IRC section:

**5a Interest, penalties, and additions to tax.** Check the box that indicates your reason for the request for refund or abatement. (If none apply, go to line 6.)
☐ Interest was assessed as a result of IRS errors or delays.
☐ A penalty or addition to tax was the result of erroneous written advice from the IRS.
☑ Reasonable cause or other reason allowed under the law (other than erroneous written advice) can be shown for not assessing a penalty or addition to tax.

**b** Date(s) of payment(s) ▶ _____

**6 Original return.** Indicate the type of fee or return, if any, filed to which the tax, interest, penalty, or addition to tax relates.
☐ 706   ☐ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945
☐ 990-PF   ☑ 1040   ☐ 1120   ☐ 4720   ☐ Other (specify) ▶

**7 Explanation.** Explain why you believe this claim or request should be allowed and show the computation of the amount shown on line 2. If you need more space, attach additional sheets.

I am with the cognizance of your writing dated June 5, 2013 Letter 2050. It comes down to this simple principal, what is my intent, and; It is my express intent to operate [the] DENISE ELIZABETH LAM in honor, but I do not wish to trespass upon you, and; I find that my name is not expressed on the dual purpose Federal Reserve Note/United States Note and as such, I am without accommodation or surety and I refuse to "order up" new credit in naked endorsement but I rather choose to redeem said Note by making my demand for lawful money in accord with Title 12 U.S.C. §411. (CONTINUES ON ATTACHMENT)

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the officer's title must be shown.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature ~~Denise Elizabeth~~   Date 6/12/2013

Signature (turn)   Date

**Paid Preparer Use Only**
| Preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Firm's name ▶ | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R   Form **843** (Rev. 8-2011)



# ATTACHMENT for

# Form 843 Claim for Refund

**FOR REFUND:**

| | |
|---|---|
| Federal withholding 2011 | $6,674.22 |
| California withholding 2011 | $1.838.36 |
| | $8,512.58 |

### Explanation

I am with the cognizance of your writing dated June 5, 2013 Letter 2050.

It comes down to this simple principal, what is my intent, and; It is my express intent to operate [the] DENISE ELIZABETH LAM in honor, but I do not wish to trespass upon you, and; I find that my name is not expressed on the dual purpose Federal Reserve Note/United States Note and as such, I am without accommodation or surety and I refuse to "order up" new credit in naked endorsement but I rather choose to redeem said Note by making my demand for lawful money in accord with Title 12 U.S.C. §411. It was never my will and intent to gift or pledge to you, the energy of my labor, love, or life and the presumption should not exist that the IRS has the right to seize property as proposed.  If the IRS were to levy bank account property or any of my property that has been lawfully deposited and/or redeemed, or purchased with redeemed lawful money interesting legal and jurisdictional issues would result considering all of said account(s) and transactions contain redeemed lawful money in accord with Title 12 U.S.C. §411.  I, Denise Elizabeth,  a woman living under the grace of Yehoshuah (Jesus CHRIST), my Redeemer and my Savior, in covenant relationship with Yehovah my Elohiym, desire to live in peace and absent trespass on any other person's or agency's rights or interests.  Please reference the attached Exhibits A1, A13, A23 for proof of all redeemed transactions are in Lawful Money in accord with Title 12 U.S.C. §411.

Also Exhibit B-1, previous Form 843 Claim for Refund and Request for Abatement.

Furthermore if I had known in good faith that I might have been redeeming lawful money all along I would have been doing so since my first paycheck ever. This accuses the IRS and Treasury of fraud by omission.

## ATTACHMENT for

## Form 843 Claim for Refund and Request for Abatement

**FOR ABATEMENT:**

| | |
|---|---|
| Pending Frivolous Claim: | $5,000.00 |

**FOR REFUND:**

| | |
|---|---|
| Federal withholding 2011 | $6,674.22 |
| California withholding 2011 | $1.838.36 |
| | $13,512.58 |

All Refund requests for FICA, SSI, Unemployment and other insurance premiums have been removed from this Claim. I apologize for that mistake made by my tax preparer.

**Explanation.**

I am with the cognizance of your writing dated September 24, 2012 Notice CP15 and I have carefully read your Notice 2007-30, have studied the citations too and cannot find that demanding Lawful Money is a "Frivolous Argument"; and, it comes down to this simple principal, what is my intent, and; It is my express intent to operate [the] DENISE ELIZABETH LAM in honor, but I do not wish to trespass upon you, and; I find that my name is not expressed on the dual purpose Federal Reserve Note/United States Note and as such, I am without accommodation or surety and I refuse to "order up" new credit in naked endorsement but I rather choose to redeem said Note by making my demand for lawful money in accord with Title 12 U.S.C. §411. It was never my will and intent to gift or pledge to you, the energy of my labor, love, or life and the presumption should not exist that the IRS has the right to seize property as proposed. If the IRS were to levy bank account property or any of my property that has been lawfully deposited and/or redeemed, or purchased with redeemed lawful money interesting legal and jurisdictional issues would result considering all of said account(s) and transactions contain redeemed lawful money in accord with Title 12 U.S.C. §411. I, Denise Elizabeth, a woman living under the grace of Yehoshuah (Jesus CHRIST), my Redeemer and my Savior, in covenant relationship with Yehovah my Elohiym, desire to live in peace and absent trespass on any other person's or agency's rights or interests. Please reference the attached Exhibits A1, A13, and A23 for proof of all redeemed transactions are in Lawful Money in accord with Title 12 U.S.C. §411. Furthermore if I had known in good faith that I might have been redeeming lawful money all along I would have been doing so since my first paycheck ever. This accuses the IRS and Treasury of fraud by omission.



B-1

THE BUSINESS INSTITUTE
P.O. BOX 4850
WEEHAWKEN, NJ 07086

CAPITAL ONE BANK

50-791
214

| Employee No. | Pay Date | Check No. |
|---|---|---|
| L01 XXX-XX-0482 | 01/18/11 | 299 |

PAY  ***ONE THOUSAND NINE HUNDRED NINETY-ONE & 98/100 DOLLARS    $***1991.98

TO THE ORDER OF
DENISE LAM
622 SOUTH BROADWAY #5
REDONDO BEACH, CA 90277

AUTHORIZED SIGNATURE

⑾"00000299⑾"  ⑃021407912⑃:411  40  05657⑾"

Demand to lawful money per title 12 US Sec 411

100's

7B 91395416 C (B2)
IL 43456935 D (L12)
B C90411613 C (B2)
F 29682665 C (F6)
- 63757551 A (L12)
55732232 X (B2)
62499459 B (F6)
47517597 D (B2)
87306785 A (L12)
39233527 D (K11)
62021645 A (F6)
79972645 C (R2)

7B 48271703 G (B2)
DB C5604969 B (B2)
HC U574433 A (C3)
IL 55315422 B (L12)
DB 53518310 B (B2)
AC 21657054 A (F5)
FG 24552967 B (G7)
CD 35595136 A (D4)  1900
EL 89582361 E (L12)
                    40

50's
EL 42302736 A (L12)
                    50
B: (one)
G 09769655 B E4

4  ⑨

Exhibit:
A-1

THE BUSINESS INSTITUTE
P.O. BOX 4850
WEEHAWKEN, NJ 07086

CAPITAL ONE BANK

50-79
214

| Employee No. | Pay Date | Check No. |
|---|---|---|
| L01 XXX-XX-0482 | 07/07/11 | 316 |

PAY  ***ONE THOUSAND FOUR HUNDRED EIGHTY-EIGHT & 67/100 DOLLARS          $***1488.67

TO THE ORDER OF
DENISE LAM
622 SOUTH BROADWAY #5
REDONDO BEACH CA 90277

AUTHORIZED SIGNATURE

⑈00000316⑈   ⑆021407912⑆ 411 40 05657⑈

Demand for lawful money
as per Title 12 US Sec 411
[signature]

100's
AG13515151 A G7
HG 26453345 A C7
FH 29095292 A H8
FG 61256995 A G7
HC 42184843 A C3
HG 97992962 A G7
CF 76327392 A F6
DE 39684914 B2
9F 50798360 B F6
77 12765141 A A1
E 58667881 B E5
B 37169279 D B2

HD 63976594 B D4
AB 95827450 D B2

20's
GC 72824704 A C3
EF 24729902 D F6
GL 22944838 A 42
IK 91037524 C K11

5's
IJ01798275 A J10

1's
L19306916 B H1
L63279734 H C4  ⑩

Exibit: A13

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

**THE BUSINESS INSTITUTE**
P.O. BOX 4850
WEEHAWKEN, NJ 07086

CAPITAL ONE BANK

50-214

| Employee No. | Pay Date | Check No. |
|---|---|---|
| L01 XXX-XX-0482 | 12/13/11 | 336 |

PAY  ***ONE THOUSAND EIGHT HUNDRED FORTY-EIGHT & 46/100 DOLLARS   $***1848.46

TO THE ORDER OF
DENISE LAM
622 SOUTH BROADWAY #5
REDONDO BEACH CA 90277

AUTHORIZED SIGNATURE

⠀⠀⠀⠀"'00000336'"  ⠀:021407912:411 40 05657"'

✓

Demand for lawful money per Title 12 US Section 411

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

100S:
00316676 A JIC
597087886 P B2
003310676 B B2
2 07371 CCF B2
3191C455 A ES
43200617 A FC
8500055 O CL2
3 42809955 N B2
F 8052092417 ES
1878784964 H C3

OB 78192236 A B2
HR 96771290 A B2
FJ 3437675 A JIC
PB 5C669753 P B2
FL 4026500 C4 B L12
BB 24296898 B B2
AD 0032647 A D4
HR 58542337 E B2   1800

EA 14656585 F N1
IL 409708 54 E L12

52
HF 24042587 C FC

15
L7135720 S P D12
L 79117246 C E D12
K 23018170 C D11

6 ⑪

Exibit A-23