Name: denise elizabeth

Address: % 622 S. Broadway #5
Redondo Beach, California

Phone: _____

Fax: _____

~~In Pro Per~~

FILED
CLERK, U.S. DISTRICT COURT

APR 30 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

~~Plaintiff~~   CV 12-7719-CAS (VBKx)

v.

Notice

~~Defendant(s).~~

Refusal for Cause of letter April 3, 2004
Refusal for Cause of Notice of Penalty Charge
Attachments

①

Part III - Administrative, Procedural, and Miscellaneous

Frivolous Positions

Notice 2007-30
PURPOSE

 Positions that are the same as or similar to the positions listed in this Notice are identified as frivolous for purposes of the penalty for a "frivolous tax return" under section 6702(a) of the Internal Revenue Code and the penalty for a "specified frivolous submission" under section 6702(b). Persons who file a purported return of tax, including an original or amended return, based on one or more of these positions are subject to a penalty of $5,000 if the purported return of tax does not contain information on which the substantial correctness of the self-assessed determination of tax may be judged or contains information that on its face indicates the self-assessed determination of tax is substantially incorrect. Likewise, persons who submit a "specified submission" (namely, a request for a collection due process hearing or an application for an installment agreement, offer-in-compromise, or Taxpayer Assistance Order) based on one or more of the positions listed in this Notice are subject to a penalty of $5,000. The penalty may also be applied if the purported return or any portion of the specified submission is not based on a position set forth in this Notice, yet reflects a desire to delay or impede the administration of Federal tax laws for purposes of section 6702(a)(2)(B) or 6702(b)(2)(A)(ii).

BACKGROUND

Section 407 of Tax Relief and Health Care Act of 2006, Pub. L. No. 109-432, 120 Stat. 2922 (2006), amended section 6702 to increase the amount of the penalty for frivolous tax returns from $500 to $5,000 and to impose a penalty of $5,000 on any person who submits a "specified frivolous submission." A submission is a "specified frivolous submission" if it is a "specified submission" (defined in section 6702(b)(2)(B) as a request for a hearing under section 6320 or 6330 or an application under section 6159, 7122 or 7811) and any portion of the submission (i) is based on a position identified by the Secretary as frivolous or (ii) reflects a desire to delay or impede administration of the Federal tax laws. Section 6702 was further amended to add a new subsection (c) requiring the Secretary to prescribe a list of positions identified as frivolous. This Notice contains the prescribed list.

DISCUSSION

*Frivolous Positions.* Positions that are the same as or similar to the following are frivolous.

(1)     Compliance with the internal revenue laws is voluntary or optional and not required by law, including arguments that:

a. Filing a Federal tax or information return or paying tax is purely voluntary under the law, or similar arguments described as frivolous in Rev. Rul. 2007-20, 2007-14 I.R.B. ____

b. Nothing in the Internal Revenue Code imposes a requirement to file a

return or pay tax, or that a person is not required to file a tax return or pay a tax unless the Internal Revenue Service responds to the person's questions, correspondence, or a request to identify a provision in the Code requiring the filing of a return or the payment of tax.

c.  There is no legal requirement to file a Federal income tax return because the instructions to Forms 1040, 1040A, or 1040EZ or the Treasury regulations associated with the filing of the forms do not display an OMB control number as required by the Paperwork Reduction Act of 1980, 44 U.S.C. § 3501 *et seq.*, or similar arguments described as frivolous in Rev. Rul. 2006-21, 2006-15 I.R.B. 745.

d.  Because filing a tax return is not required by law, the Service must prepare a return for a taxpayer who does not file one in order to assess and collect tax.

e.  A taxpayer has an option under the law to file a document or set of documents in lieu of a return or elect to file a tax return reporting zero taxable income and zero tax liability even if the taxpayer received taxable income during the taxable period for which the return is filed, or similar arguments described as frivolous in Rev. Rul. 2004-34, 2004-1. C.B. 619.

f.  An employer is not legally obligated to withhold income or employment taxes on employees' wages.

g.  A taxpayer may "untax" himself or herself at any time or revoke the consent to be taxed and thereafter not be subject to internal revenue

taxes.

    h.  Only persons who have contracted with the government by applying for a governmental privilege or benefit, such as holding a Social Security number, are subject to tax, and those who have contracted with the government may choose to revoke the contract at will.

    i.  A taxpayer may lawfully decline to pay taxes if the taxpayer disagrees with the government's use of tax revenues, or similar arguments described as frivolous in Rev. Rul. 2005-20, 2005-1 C.B. 821.

    j.  An administrative summons issued by the Service is per se invalid and compliance with a summons is not legally required.

(2)  The Internal Revenue Code is not law (or "positive law") or its provisions are ineffective or inoperative, including the sections imposing an income tax or requiring the filing of tax returns, because the provisions have not been implemented by regulations even though the provisions in question either (a) do not expressly require the Secretary to issue implementing regulations to become effective or (b) expressly require implementing regulations which have been issued.

(3)  A taxpayer's income is excluded from taxation when the taxpayer rejects or renounces United States citizenship because the taxpayer is a citizen exclusively of a State (sometimes characterized as a "natural-born citizen" of a "sovereign state"), that is claimed to be a separate country or otherwise not subject to the laws of the United States.  This position includes the argument

that the United States does not include all or a part of the physical territory of the 50 States and instead consists of only places such as the District of Columbia, Commonwealths and Territories (<u>e.g.</u>, Puerto Rico), and Federal enclaves (<u>e.g.</u>, Native American reservations and military installations), or similar arguments described as frivolous in Rev. Rul. 2004-28, 2004-1 C.B. 624, or Rev. Rul. 2007-22, 2007-14 I.R.B. ___.

(4)   Wages, tips, and other compensation received for the performance of personal services are not taxable income or are offset by an equivalent deduction for the personal services rendered, including an argument that a taxpayer has a "claim of right" to exclude the cost or value of the taxpayer's labor from income or that taxpayers have a basis in their labor equal to the fair market value of the wages they receive, or similar arguments described as frivolous in Rev. Rul. 2004-29, 2004-1 C.B. 627, or Rev. Rul. 2007-19, 2007-14 I.R.B. ___ .

(5)   United States citizens and residents are not subject to tax on their wages or other income derived from sources within the United States, as only foreign-based income or income received by nonresident aliens and foreign corporations from sources within the United States is taxable, and similar arguments described as frivolous in Rev. Rul. 2004-30, 2004-1 C.B. 622.

(6)   A taxpayer has been removed or redeemed from the Federal tax system though the taxpayer remains a United States citizen or resident, or similar arguments described as frivolous in Rev. Rul. 2004-31, 2004-1 C.B. 617.

(7)   Only certain types of taxpayers are subject to income and employment taxes,



such as employees of the Federal government, corporations, nonresident aliens, or residents of the District of Columbia or the Federal territories, or similar arguments described as frivolous in Rev. Rul. 2006-18, 2006-15 I.R.B. 743.

(8)   Only certain types of income are taxable, for example, income that results from the sale of alcohol, tobacco, or firearms or from transactions or activities that take place in interstate commerce.

(9)   Federal income taxes are unconstitutional or a taxpayer has a constitutional right not to comply with the Federal tax laws for one of the following reasons:

   a.   The First Amendment permits a taxpayer to refuse to pay taxes based on religious or moral beliefs.

   b.   A taxpayer may withhold payment of taxes or the filing of a tax return until the Service or other government entity responds to a First Amendment petition for redress of grievances.

   c.   Mandatory compliance with, or enforcement of, the tax laws invades a taxpayer's right to privacy under the Fourth Amendment.

   d.   The requirement to file a tax return is an unreasonable search and seizure contrary to the Fourth Amendment.

   e.   Income taxation, tax withholding, or the assessment or collection of tax is a "taking" of property without due process of law or just compensation in violation of the Fifth Amendment.

   f.   The Fifth Amendment privilege against self-incrimination grants taxpayers

the right not to file returns or the right to withhold all financial information from the Service.

g. Mandatory or compelled compliance with the internal revenue laws is a form of involuntary servitude prohibited by the Thirteenth Amendment.

h. Individuals may not be taxed unless they are "citizens" within the meaning of the Fourteenth Amendment.

i. The Sixteenth Amendment was not ratified, has no effect, contradicts the Constitution as originally ratified, lacks an enabling clause, or does not authorize a non-apportioned, direct income tax.

j. Taxation of income attributed to a trust, which is a form of contract, violates the constitutional prohibition against impairment of contracts.

k. Similar constitutional arguments described as frivolous in Rev. Rul. 2005-19, 2005-1 C.B. 819.

(10) A taxpayer is not a "person" within the meaning of section 7701(a)(14) or other provisions of the Internal Revenue Code, or similar arguments described as frivolous in Rev. Rul. 2007-22, 2007-14 I.R.B. ___.

(11) Federal Reserve Notes are not taxable income when paid to a taxpayer because they are not gold or silver and may not be redeemed for gold or silver.

(12) In a transaction using gold and silver coins, the value of the coins is excluded from income or the amount realized in the transaction is the face value of the coins and not their fair market value for purposes of determining taxable

income.

(13) A taxpayer with a home-based business may deduct as business expenses the costs of maintaining the taxpayer's household along with personal expenses, or similar arguments described as frivolous by Rev. Rul. 2004-32, 2004-1 C.B. 621.

(14) A "reparations" tax credit exists, including arguments that African-American taxpayers may claim a tax credit on their Federal income tax returns as reparations for slavery or other historical mistreatment, that Native Americans are entitled to an analogous credit (or are exempt from Federal income tax on the basis of a treaty), or similar arguments described as frivolous in Rev. Rul. 2004-33, 2004-1 C.B. 628, or Rev. Rul. 2006-20, 2006-15 I.R.B. 746.

(15) A Native American or other taxpayer who is not an employer engaged in a trade or business may nevertheless claim (for example, in an amount exceeding all reported income) the Indian Employment Credit under section 45A, which explicitly requires, among other criteria, that the taxpayer be an employer engaged in a trade or business to claim the credit.

(16) A taxpayer's wages are excluded from Social Security taxes if the taxpayer waives the right to receive Social Security benefits, or a taxpayer is entitled to a refund of, or may claim a charitable-contribution deduction for, the Social Security taxes that the taxpayer has paid, or similar arguments described as frivolous in Rev. Rul. 2005-17, 2005-1 C.B. 823.

(17) Taxpayers may reduce or eliminate their Federal tax liability by altering a tax

return, including striking out the penalty-of-perjury declaration, or attaching documents to the return, such as a disclaimer of liability, or similar arguments described as frivolous in Rev. Rul. 2005-18, 2005-1 C.B. 817.

(18) A taxpayer is not obligated to pay income tax because the government has created an entity separate and distinct from the taxpayer—a "straw man"—that is distinguishable from the taxpayer by some variation of the taxpayer's name, and any tax obligations are exclusively those of the "straw man," or similar arguments described as frivolous in Rev. Rul. 2005-21, 2005-1 C.B. 822.

(19) Inserting the phrase "nunc pro tunc" on a return or other document filed with or submitted to the Service has a legal effect, such as reducing a taxpayer's tax liability, or similar arguments described as frivolous in Rev. Rul. 2006-17, 2006-15 I.R.B. 748.

(20) A taxpayer may avoid tax on income by attributing the income to a trust, including the argument that a taxpayer can put all of the taxpayer's assets into a trust to avoid income tax while still retaining substantial powers of ownership and control over those assets or that a taxpayer may claim an expense deduction for the income attributed to a trust, or similar arguments described as frivolous in Rev. Rul. 2006-19, 2006-15 I.R.B. 749.

(21) A taxpayer may lawfully avoid income tax by sending income offshore, including depositing income into a foreign bank account.

(22) By purchasing equipment and services for an inflated price (which may or may not have been actually paid), a taxpayer can use the section 44 Disabled

Access Credit to reduce tax or generate a refund irrespective of whether the taxpayer is a small business that purchased the equipment or services to comply with the requirements of the Americans with Disabilities Act.

(23)  A taxpayer is allowed to buy or sell the right to claim a child as a qualifying child for purposes of the Earned Income Tax Credit.

(24)  An IRS Form 23C, *Assessment Certificate - Summary Record of Assessment*, is an invalid record of assessment for purposes of section 6203 and Treas. Reg. § 301.6203-1, the Form 23C must be personally signed by the Secretary of the Treasury for an assessment to be valid, the Service must provide a copy of the Form 23C to a taxpayer if requested before taking collection action, or similar arguments described as frivolous in Rev. Rul. 2007-21, 2007-14 I.R.B. ____.

(25)  A tax assessment is invalid because the assessment was made from a section 6020(b) substitute for return, which is not a valid return.

(26)  A statutory notice of deficiency is invalid because the taxpayer to whom the notice was sent did not file an income tax return reporting the deficiency or because the statutory notice of deficiency was unsigned or not signed by the Secretary of the Treasury or by someone with delegated authority.

(27)  A Notice of Federal Tax Lien is invalid because it is not signed by a particular official (such as by the Secretary of the Treasury), or because it was filed by someone without delegated authority.

(28)  The form or content of a Notice of Federal Tax Lien is controlled by or subject

11

to a state or local law, and a Notice of Federal Tax Lien that does not comply in form or content with a state or local law is invalid.

(29) A collection due process notice under section 6320 or 6330 is invalid if it is not signed by the Secretary of the Treasury or other particular official, or if no certificate of assessment is attached.

(30) Verification under section 6330 that the requirements of any applicable law or administrative procedure have been met may only be based on one or more particular forms or documents (which must be in a certain format), such as a summary record of assessment, or that the particular forms or documents or the ones on which verification was actually determined must be provided to a taxpayer at a collection due process hearing.

(31) A Notice and Demand is invalid because it was not signed, was not on the correct form (e.g., a Form 17), or was not accompanied by a certificate of assessment when mailed.

(32) The United States Tax Court is an illegitimate court or does not, for any purported constitutional or other reason, have the authority to hear and decide matters within its jurisdiction.

(33) Federal courts may not enforce the internal revenue laws because their jurisdiction is limited to admiralty or maritime cases or issues.

(34) Revenue Officers are not authorized to issue levies or Notices of Federal Tax Lien or to seize property in satisfaction of unpaid taxes.

(35) A Service employee lacks the authority to carry out the employee's duties

because the employee does not possess a certain type of identification or credential, for example, a pocket commission or a badge, or it is not in the correct form or on the right medium.

(36)   A person may represent a taxpayer before the Service or in court proceedings even if the person does not have a power of attorney from the taxpayer, has not been enrolled to practice before the Service, or has not been admitted to practice before the court.

(37)   A civil action to collect unpaid taxes or penalties must be personally authorized by the Secretary of the Treasury and the Attorney General.

(38)   A taxpayer's income is not taxable if the taxpayer assigns or attributes the income to a religious organization (a "corporation sole" or ministerial trust) claimed to be tax-exempt under section 501(c)(3), or similar arguments described as frivolous in Rev. Rul. 2004-27, 2004-1 C.B. 625.

(39)   The Service is not an agency of the United States government but rather a private-sector corporation or an agency of a State or Territory without authority to administer the internal revenue laws.

(40)   Any position described as frivolous in any revenue ruling or other published guidance in existence when the return adopting the position is filed with or the specified submission adopting the position is submitted to the Service.

Returns or submissions that contain positions not listed above, which on their face have no basis for validity in existing law, or which have been deemed frivolous in a published opinion of the United States Tax Court or other court of competent

13

jurisdiction, may be determined to reflect a desire to delay or impede the administration of Federal tax laws and thereby subject to the $5,000 penalty.

The list of frivolous positions above will be periodically revised as required by section 6702(c).

DRAFTING INFORMATION

The principal author of this notice is the Office of Associate Chief Counsel (Procedure & Administration).  For further information regarding this notice contact the Office of Associate Chief Counsel (Procedure & Administration), Administrative Provisions & Judicial Practice Division, Branch 2, at (202) 622-4940 (not a toll-free call).

Part III - Administrative, Procedural, and Miscellaneous

Frivolous Positions

Notice 2008-14

PURPOSE

Positions that are the same as or similar to the positions listed in this Notice are identified as frivolous for purposes of the penalty for a "frivolous tax return" under section 6702(a) of the Internal Revenue Code and the penalty for a "specified frivolous submission" under section 6702(b).  Persons who file a purported return of tax, including an original or amended return, based on one or more of these positions are subject to a penalty of $5,000 if the purported return of tax does not contain information on which the substantial correctness of the self-assessed determination of tax may be judged or contains information that on its face indicates the self-assessed determination of tax is substantially incorrect.  Likewise, persons who submit a "specified submission" (namely, a request for a collection due process hearing or an application for an installment agreement, offer-in-compromise, or taxpayer assistance order) based on one or more of the positions listed in this Notice are subject to a penalty of $5,000.  The penalty may also be applied if the purported return or any portion of the specified

2

submission is not based on a position set forth in this Notice, yet reflects a desire to delay or impede the administration of Federal tax laws for purposes of section 6702(a)(2)(B) or 6702(b)(2)(A)(ii).

### BACKGROUND

Section 407 of Tax Relief and Health Care Act of 2006, Pub. L. No. 109-432, 120 Stat. 2922, 2960-62 (2006), amended section 6702 to increase the amount of the penalty for frivolous tax returns from $500 to $5,000 and to impose a penalty of $5,000 on any person who submits a "specified frivolous submission." A submission is a "specified frivolous submission" if it is a "specified submission" (defined in section 6702(b)(2)(B) as a request for a hearing under section 6320 or 6330 or an application under section 6159, 7122 or 7811) and any portion of the submission (i) is based on a position identified by the Secretary as frivolous or (ii) reflects a desire to delay or impede administration of the Federal tax laws. Section 6702 was further amended to add a new subsection (c) requiring the Secretary to prescribe, and periodically revise, a list of positions identified as frivolous. Notice 2007-30, 2007-14 I.R.B. 883, contained the prescribed list. This Notice revises the list to add more positions identified as frivolous. The positions that have been added are found in paragraphs 9(g), 11, 14 and 25.

### DISCUSSION

*Frivolous Positions.* Positions that are the same as or similar to the following are



3

frivolous.

(1)    Compliance with the internal revenue laws is voluntary or optional and not
required by law, including arguments that:

a.  Filing a Federal tax or information return or paying tax is purely voluntary
under the law, or similar arguments described as frivolous in Rev. Rul.
2007-20, 2007-14 I.R.B. 863.

b.  Nothing in the Internal Revenue Code imposes a requirement to file a
return or pay tax, or that a person is not required to file a tax return or pay
a tax unless the Internal Revenue Service responds to the person's
questions, correspondence, or a request to identify a provision in the Code
requiring the filing of a return or the payment of tax.

c.  There is no legal requirement to file a Federal income tax return because
the instructions to Forms 1040, 1040A, or 1040EZ or the Treasury
regulations associated with the filing of the forms do not display an OMB
control number as required by the Paperwork Reduction Act of 1980, 44
U.S.C. § 3501 *et seq.*, or similar arguments described as frivolous in Rev.
Rul. 2006-21, 2006-1 C.B. 745.

d.  Because filing a tax return is not required by law, the Service must
prepare a return for a taxpayer who does not file one in order to assess
and collect tax.

e.  A taxpayer has an option under the law to file a document or set of
documents in lieu of a return or elect to file a tax return reporting zero

4

taxable income and zero tax liability even if the taxpayer received taxable income during the taxable period for which the return is filed, or similar arguments described as frivolous in Rev. Rul. 2004-34, 2004-1. C.B. 619.

f.  An employer is not legally obligated to withhold income or employment taxes on employees' wages.

g.  Only persons who have contracted with the government by applying for a governmental privilege or benefit, such as holding a Social Security number, are subject to tax, and those who have contracted with the government may choose to revoke the contract at will.

h.  A taxpayer may lawfully decline to pay taxes if the taxpayer disagrees with the government's use of tax revenues, or similar arguments described as frivolous in Rev. Rul. 2005-20, 2005-1 C.B. 821.

i.  An administrative summons issued by the Service is per se invalid and compliance with a summons is not legally required.

(2)  The Internal Revenue Code is not law (or "positive law") or its provisions are ineffective or inoperative, including the sections imposing an income tax or requiring the filing of tax returns, because the provisions have not been implemented by regulations even though the provisions in question either (a) do not expressly require the Secretary to issue implementing regulations to become effective or (b) expressly require implementing regulations which have been issued.

(3)  A taxpayer's income is excluded from taxation when the taxpayer rejects or

5

renounces United States citizenship because the taxpayer is a citizen exclusively of a State (sometimes characterized as a "natural-born citizen" of a "sovereign state"), that is claimed to be a separate country or otherwise not subject to the laws of the United States.  This position includes the argument that the United States does not include all or a part of the physical territory of the 50 States and instead consists of only places such as the District of Columbia, Commonwealths and Territories (e.g., Puerto Rico), and Federal enclaves (e.g., Native American reservations and military installations), or similar arguments described as frivolous in Rev. Rul. 2004-28, 2004-1 C.B. 624, or Rev. Rul. 2007-22, 2007-14 I.R.B. 866.

(4)   Wages, tips, and other compensation received for the performance of personal services are not taxable income or are offset by an equivalent deduction for the personal services rendered, including an argument that a taxpayer has a "claim of right" to exclude the cost or value of the taxpayer's labor from income or that taxpayers have a basis in their labor equal to the fair market value of the wages they receive, or similar arguments described as frivolous in Rev. Rul. 2004-29, 2004-1 C.B. 627, or Rev. Rul. 2007-19, 2007-14 I.R.B. 843.

(5)   United States citizens and residents are not subject to tax on their wages or other income derived from sources within the United States, as only foreign-based income or income received by nonresident aliens and foreign corporations from sources within the United States is taxable, and similar arguments described as frivolous in Rev. Rul. 2004-30, 2004-1 C.B. 622.

6

(6)   A taxpayer has been untaxed, detaxed, or removed or redeemed from the
Federal tax system though the taxpayer remains a United States citizen or
resident, or similar arguments described as frivolous in Rev. Rul. 2004-31,
2004-1 C.B. 617.

(7)   Only certain types of taxpayers are subject to income and employment taxes,
such as employees of the Federal government, corporations, nonresident
aliens, or residents of the District of Columbia or the Federal territories, or
similar arguments described as frivolous in Rev. Rul. 2006-18, 2006-1 C.B.
743.

(8)   Only certain types of income are taxable, for example, income that results from
the sale of alcohol, tobacco, or firearms or from transactions or activities that
take place in interstate commerce.

(9)   Federal income taxes are unconstitutional or a taxpayer has a constitutional
right not to comply with the Federal tax laws for one of the following reasons:

   a.   The First Amendment permits a taxpayer to refuse to pay taxes based on
   religious or moral beliefs.

   b.   A taxpayer may withhold payment of taxes or the filing of a tax return until
   the Service or other government entity responds to a First Amendment
   petition for redress of grievances.

   c.   Mandatory compliance with, or enforcement of, the tax laws invades a
   taxpayer's right to privacy under the Fourth Amendment.

   d.   The requirement to file a tax return is an unreasonable search and seizure

contrary to the Fourth Amendment.

   e.   Income taxation, tax withholding, or the assessment or collection of tax is a "taking" of property without due process of law or just compensation in violation of the Fifth Amendment.

   f.   The Fifth Amendment privilege against self-incrimination grants taxpayers the right not to file returns or the right to withhold all financial information from the Service.

   g.   The Ninth Amendment exempts those with religious or other objections to military spending from paying taxes to the extent the taxes will be used for military spending.

   h.   Mandatory or compelled compliance with the internal revenue laws is a form of involuntary servitude prohibited by the Thirteenth Amendment.

   i.   Individuals may not be taxed unless they are "citizens" within the meaning of the Fourteenth Amendment.

   j.   The Sixteenth Amendment was not ratified, has no effect, contradicts the Constitution as originally ratified, lacks an enabling clause, or does not authorize a non-apportioned, direct income tax.

   k.   Taxation of income attributed to a trust, which is a form of contract, violates the constitutional prohibition against impairment of contracts.

   l.   Similar constitutional arguments described as frivolous in Rev. Rul. 2005-19, 2005-1 C.B. 819.

(10)   A taxpayer is not a "person" within the meaning of section 7701(a)(14) or other

8

provisions of the Internal Revenue Code, or similar arguments described as frivolous in Rev. Rul. 2007-22, 2007-14 I.R.B. 866.

(11) Only fiduciaries are taxpayers, or only persons with a fiduciary relationship to the United States are obligated to pay taxes, and the United States or the Service must prove the fiduciary status or relationship.

(12) Federal Reserve Notes are not taxable income when paid to a taxpayer because they are not gold or silver and may not be redeemed for gold or silver.

(13) In a transaction using gold and silver coins, the value of the coins is excluded from income or the amount realized in the transaction is the face value of the coins and not their fair market value for purposes of determining taxable income.

(14) A taxpayer who is employed on board a ship that provides meals at no cost to the taxpayer as part of the employment may claim a so-called "Mariner's Tax Deduction" (or the like) allowing the taxpayer to deduct from gross income the cost of the meals as an employee business expense.

(15) A taxpayer may purport to operate a home-based business as a basis to deduct as business expenses the taxpayer's personal expenses or the costs of maintaining the taxpayer's household when the maintenance items or amounts as reported do not correspond to a bona fide home business, such as when they are grossly excessive in relation to the conceivable costs for some portion of the home being used exclusively and regularly as a business, or similar

arguments described as frivolous by Rev. Rul. 2004-32, 2004-1 C.B. 621.

(16)   A "reparations" tax credit exists, including arguments that African-American taxpayers may claim a tax credit on their Federal income tax returns as reparations for slavery or other historical mistreatment, that Native Americans are entitled to an analogous credit (or are exempt from Federal income tax on the basis of a treaty), or similar arguments described as frivolous in Rev. Rul. 2004-33, 2004-1 C.B. 628, or Rev. Rul. 2006-20, 2006-1 C.B. 746.

(17)   A Native American or other taxpayer who is not an employer engaged in a trade or business may nevertheless claim (for example, in an amount exceeding all reported income) the Indian Employment Credit under section 45A, which explicitly requires, among other criteria, that the taxpayer be an employer engaged in a trade or business to claim the credit.

(18)   A taxpayer's wages are excluded from Social Security taxes if the taxpayer waives the right to receive Social Security benefits, or a taxpayer is entitled to a refund of, or may claim a charitable-contribution deduction for, the Social Security taxes that the taxpayer has paid, or similar arguments described as frivolous in Rev. Rul. 2005-17, 2005-1 C.B. 823.

(19)   Taxpayers may reduce or eliminate their Federal tax liability by altering a tax return, including striking out the penalty-of-perjury declaration, or attaching documents to the return, such as a disclaimer of liability, or similar arguments described as frivolous in Rev. Rul. 2005-18, 2005-1 C.B. 817.

(20)   A taxpayer is not obligated to pay income tax because the government has

created an entity separate and distinct from the taxpayer—a "straw man"—that is distinguishable from the taxpayer by some variation of the taxpayer's name, and any tax obligations are exclusively those of the "straw man," or similar arguments described as frivolous in Rev. Rul. 2005-21, 2005-1 C.B. 822.

(21)   Inserting the phrase "nunc pro tunc" on a return or other document filed with or submitted to the Service has a legal effect, such as reducing a taxpayer's tax liability, or similar arguments described as frivolous in Rev. Rul. 2006-17, 2006-1 C.B. 748.

(22)   A taxpayer may avoid tax on income by attributing the income to a trust, including the argument that a taxpayer can put all of the taxpayer's assets into a trust to avoid income tax while still retaining substantial powers of ownership and control over those assets or that a taxpayer may claim an expense deduction for the income attributed to a trust, or similar arguments described as frivolous in Rev. Rul. 2006-19, 2006-1 C.B. 749.

(23)   A taxpayer may lawfully avoid income tax by sending income offshore, including depositing income into a foreign bank account.

(24)   A taxpayer can claim the section 44 Disabled Access Credit to reduce tax or generate a refund, for example, by purportedly having purchased equipment or services for an inflated price (which may or may not have been actually paid), even though it is apparent that the taxpayer did not operate a small business that purchased the equipment or services to comply with the requirements of the Americans with Disabilities Act.

(25)   A taxpayer may claim the section 6421 fuels tax credit, which is limited to gasoline used in an off-highway business use, even though the taxpayer did not purchase and use gasoline during the taxable period for which the credit is claimed for an off-highway business use.  Also, if the taxpayer claims an amount of credit that is so disproportionately excessive to any (including zero) business income reported on the taxpayer's income tax return as to be patently unallowable (e.g., a credit that is 150 percent of business income reported on Form 1040) or facially reflects an impossible quantity of gasoline given the business use, if any, as reported by the taxpayer.

(26)   A taxpayer is allowed to buy or sell the right to claim a child as a qualifying child for purposes of the Earned Income Tax Credit.

(27)   An IRS Form 23C, *Assessment Certificate - Summary Record of Assessment*, is an invalid record of assessment for purposes of section 6203 and Treas. Reg. § 301.6203-1, the Form 23C must be personally signed by the Secretary of the Treasury for an assessment to be valid, the Service must provide a copy of the Form 23C to a taxpayer if requested before taking collection action, or similar arguments described as frivolous in Rev. Rul. 2007-21, 2007-14 I.R.B. 865.

(28)   A tax assessment is invalid because the assessment was made from a section 6020(b) substitute for return, which is not a valid return.

(29)   A statutory notice of deficiency is invalid because the taxpayer to whom the notice was sent did not file an income tax return reporting the deficiency or

12

because the statutory notice of deficiency was unsigned or not signed by the Secretary of the Treasury or by someone with delegated authority.

(30)   A Notice of Federal Tax Lien is invalid because it is not signed by a particular official (such as by the Secretary of the Treasury), or because it was filed by someone without delegated authority.

(31)   The form or content of a Notice of Federal Tax Lien is controlled by or subject to a state or local law, and a Notice of Federal Tax Lien that does not comply in form or content with a state or local law is invalid.

(32)   A collection due process notice under section 6320 or 6330 is invalid if it is not signed by the Secretary of the Treasury or other particular official, or if no certificate of assessment is attached.

(33)   Verification under section 6330 that the requirements of any applicable law or administrative procedure have been met may only be based on one or more particular forms or documents (which must be in a certain format), such as a summary record of assessment, or that the particular forms or documents or the ones on which verification was actually determined must be provided to a taxpayer at a collection due process hearing.

(34)   A Notice and Demand is invalid because it was not signed, was not on the correct form (e.g., a Form 17), or was not accompanied by a certificate of assessment when mailed.

(35)   The United States Tax Court is an illegitimate court or does not, for any purported constitutional or other reason, have the authority to hear and decide

matters within its jurisdiction.

(36)   Federal courts may not enforce the internal revenue laws because their jurisdiction is limited to admiralty or maritime cases or issues.

(37)   Revenue Officers are not authorized to issue levies or Notices of Federal Tax Lien or to seize property in satisfaction of unpaid taxes.

(38)   A Service employee lacks the authority to carry out the employee's duties because the employee does not possess a certain type of identification or credential, for example, a pocket commission or a badge, or it is not in the correct form or on the right medium.

(39)   A person may represent a taxpayer before the Service or in court proceedings even if the person does not have a power of attorney from the taxpayer, has not been enrolled to practice before the Service, or has not been admitted to practice before the court.

(40)   A civil action to collect unpaid taxes or penalties must be personally authorized by the Secretary of the Treasury and the Attorney General.

(41)   A taxpayer's income is not taxable if the taxpayer assigns or attributes the income to a religious organization (a "corporation sole" or ministerial trust) claimed to be tax-exempt under section 501(c)(3), or similar arguments described as frivolous in Rev. Rul. 2004-27, 2004-1 C.B. 625.

(42)   The Service is not an agency of the United States government but rather a private-sector corporation or an agency of a State or Territory without authority to administer the internal revenue laws.

14

(43)  Any position described as frivolous in any revenue ruling or other published

guidance in existence when the return adopting the position is filed with or the

specified submission adopting the position is submitted to the Service.

Returns or submissions that contain positions not listed above, which on their

face have no basis for validity in existing law, or which have been deemed frivolous in a

published opinion of the United States Tax Court or other court of competent

jurisdiction, may be determined to reflect a desire to delay or impede the administration

of Federal tax laws and thereby subject to the $5,000 penalty.

The list of frivolous positions above will be periodically revised as required by

section 6702(c).


EFFECTIVE DATE

This Notice is effective for submissions made and issues raised after Jan. 14,

2008.  For submissions made and issues raised between March 16, 2007, and Jan. 14,

2008, Notice 2007-30 applies.


EFFECT ON OTHER DOCUMENTS

Notice 2007-30 is modified and superseded.

DRAFTING INFORMATION

The principal author of this notice is the Office of the Associate Chief Counsel

(Procedure and Administration).  For further information regarding this notice, contact

the Office of the Associate Chief Counsel (Procedure and Administration), Branch 2,

15

at (202) 622-4940 (not a toll-free call).

**IRS** Internal Revenue Service

OGDEN  UT  84201-0030

7161761792848509|509

```
In reply refer to:  0469204669
Apr. 03, 2014   LTR 105C   0
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  201112 55
Input Op:  0469204669 00002021
                          BODC: WI
```

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

000481

CERTIFIED MAIL

```
Taxpayer Identification Number:  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
              Kind of Tax:  Federal Income
           Amount of Claim : $       8,512.58
```

```
     Date of Claim(s) Received:  June 17, 2013
            Tax Period : Dec. 31, 2011
```

Dear Taxpayer:

WE COULDN'T ALLOW YOUR CLAIM

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for
credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM

Your claim is based on a frivolous position that isn't supported by
law. Federal courts consistently rule against these arguments and
impose substantial fines for taking a frivolous position.

IF YOU DISAGREE

You have the right to appeal our decision to disallow your claim.
You may represent yourself before Appeals. You may have an attorney,
certified public accountant, or person enrolled to practice before
the Internal Revenue Service represent you. To have someone represent
you, attach Form 2848, Power of Attorney and Declaration of
Representative, (or similar written power of attorney) to your written
statement. If we do not hear from you within 30 days from the date of
this letter, we  will process your case without further action.

You may request a small dollar case appeal for a disallowed claim
that is not more than $25,000 or prepare a formal protest for a
disallowed claim over $25,000.

To request a small dollar case appeal for a claim, do the following:



```
                                                         0469204669
                                    Apr. 03, 2014   LTR 105C    0
                                    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  201112 55
                                    Input Op:  0469204669 00002022
```

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207


1.  State that you want to appeal.
2.  List the disallowed items you disagree with and why you don't
    agree with each item.
3.  Provide your name, address, taxpayer identification number,
    daytime telephone number, and a copy of this letter.
4.  Mail your appeal request to the address shown on this letter.

To prepare a formal protest, do the following:

1.  Prepare a written statement that you want to appeal the
    disallowance to the Appeals Office.
2.  Provide your name, address, taxpayer identification number,
    a daytime telephone number, and a copy of this letter. Show
    the tax periods or years and disallowed items you disagree
    with and why you don't agree with each item.
3.  Include a detailed statement of facts with names, amounts,
    locations, etc. to support your reasons for disputing the
    disallowance.
4.  If you know the particular law or authority that supports
    your position, you should inform us of that law or authority.
    Please include a legal citation to assist in the appeals
    process that supports your claim, if applicable.
5.  Sign the statement below and include it with your written
    appeal. If your authorized representative prepares the
    request for an appeal, he/she must sign the statement and
    include it with the appeal.
6.  Mail your written formal protest to the address shown on
    this letter.

STATEMENT BY INDIVIDUALS OR SOLE PROPRIETORS

    "Under penalties of perjury, I declare that the facts present on
    my written appeal are, to the best of my knowledge and belief,
    true, correct, and complete."


_____          _____
Signature                                    Date

_____          _____
Spouse's Signature, if a Joint Return        Date

STATEMENT BY ATTORNEY, ENROLLED AGENT OR CERTIFIED PUBLIC ACCOUNTANT

    "Under penalty of perjury, I declare that I prepared the written
    statement and accompanying documents. To the best of my knowledge

31

IRS Department of the Treasury
Internal Revenue Service

OGDEN   UT   84201-0030

71617617928485091509

In reply refer to:  0469204669
Apr. 03, 2014   LTR 105C    0
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   201112  55
Input Op:  0469204669 00002021
                      BODC: WI

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

)00481

CERTIFIED MAIL

Taxpayer Identification Number:  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
              Kind of Tax:  Federal Income
       Amount of Claim : $      8,512.58

       Date of Claim(s) Received:  June 17, 2013
             Tax Period :  Dec. 31, 2011

Dear Taxpayer:

              WE COULDN'T ALLOW YOUR CLAIM

WHY WE'RE SENDING YOU THIS LETTER
This letter is your notice that we've disallowed your claim for
credit for the period shown above.

WHY WE CANNOT ALLOW YOUR CLAIM

Your claim is based on a frivolous position that isn't supported by
law. Federal courts consistently rule against these arguments and
impose substantial fines for taking a frivolous position.

IF YOU DISAGREE

You have the right to appeal our decision to disallow your claim.
You may represent yourself before Appeals. You may have an attorney,
certified public accountant, or person enrolled to practice before
the Internal Revenue Service represent you. To have someone represent
you, attach Form 2848, Power of Attorney and Declaration of
Representative, (or similar written power of attorney) to your written
statement. If we do not hear from you within 30 days from the date of
this letter, we  will process your case without further action.

You may request a small dollar case appeal for a disallowed claim
that is not more than $25,000 or prepare a formal protest for a
disallowed claim over $25,000.

To request a small dollar case appeal for a claim, do the following:



```
                                                    0469204669
                               Apr. 03, 2014   LTR 105C    0
                               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   201112 55
                               Input Op:  0469204669 00002023
```

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207



000481

the protest and accompanying documents are true and correct."

_____        _____
    Signature of Representative        Enrollment Number  Date

If you need forms, schedules or publications to respond to this
letter, you can obtain them by visiting the IRS website at www.irs.gov
or by calling 1-800-TAX-FORM (1-800-829-3676).

HOW TO CONTACT US

If you have any questions, please call us toll free at
1-866-883-0235.

If you prefer, you may write to us at the address shown at the
top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach
you. Also, you may want to keep a copy of this letter for your
records.

Telephone Number (    )_____ Hours_____

                          Sincerely yours,

                          B- R Banky

                          Bill R Banowsky, Director
                          Campus Compliance Operations, Ogden

Enclosure(s):
Publication 1

**IRS** Department of the Treasury
**Internal Revenue Service**

OGDEN  UT  84201-0030

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

00481

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for payments
                              0469204669
    BODCD-WI                                    Letter Number:   LTR0105C
                                                Letter Date  :   2014-04-03
                                                Tax Period   :   201112


*617750482*

INTERNAL REVENUE SERVICE                DENISE ELIZABETH LAM
                                        622 S BROADWAY APT 5
OGDEN  UT  84201-0030                   REDONDO BEACH  CA  90277-4207

617750482 RB LAM  55 0 201112 670 0000000000  

# Examinations, Appeals, Collections, and Refunds

## Examinations (Audits)

We accept most taxpayers' returns as filed. If we inquire about your return or select it for examination, it does not suggest that you are dishonest. The inquiry or examination may or may not result in more tax. We may close your case without change; or, you may receive a refund.

The process of selecting a return for examination usually begins in one of two ways. First, we use computer programs to identify returns that may have incorrect amounts. These programs may be based on information returns, such as Forms 1099 and W-2, on studies of past examinations, or on certain issues identified by compliance projects. Second, we use information from outside sources that indicates that a return may have incorrect amounts. These sources may include newspapers, public records, and individuals. If we determine that the information is accurate and reliable, we may use it to select a return for examination.

Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund, explains the rules and procedures that we follow in examinations. The following sections give an overview of how we conduct examinations.

### By Mail

We handle many examinations and inquiries by mail. We will send you a letter with either a request for more information or a reason why we believe a change to your return may be needed. You can respond by mail or you can request a personal interview with an examiner. If you mail us the requested information or provide an explanation, we may or may not agree with you, and we will explain the reasons for any changes. Please do not hesitate to write to us about anything you do not understand.

### By Interview

If we notify you that we will conduct your examination through a personal interview, or you request such an interview, you have the right to ask that the examination take place at a reasonable time and place that is convenient for both you and the IRS. If our examiner proposes any changes to your return, he or she will explain the reasons for the changes. If you do not agree with these changes, you can meet with the examiner's supervisor.

### Repeat Examinations

If we examined your return for the same items in either of the 2 previous years and proposed no change to your tax liability, please contact us as soon as possible so we can see if we should discontinue the examination.

## Appeals

If you do not agree with the examiner's proposed changes, you can appeal them to the Appeals Office of IRS. Most differences can be settled without expensive and time-consuming court trials. Your appeal rights are explained in detail in both Publication 5, Your Appeal Rights and How To Prepare a Protest If You Don't Agree, and Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund.

If you do not wish to use the Appeals Office or disagree with its findings, you may be able to take your case to the U.S. Tax Court, U.S. Court of Federal Claims, or the U.S. District Court where you live. If you take your case to court, the IRS will have the burden of proving certain facts if you kept adequate records to show your tax liability, cooperated with the IRS, and meet certain other conditions. If the court agrees with you on most issues in your case and finds that our position was largely unjustified, you may be able to recover some of your administrative and litigation costs. You will not be eligible to recover these costs unless you tried to resolve your case administratively, including going through the appeals system, and you gave us the information necessary to resolve the case.

## Collections

Publication 594, The IRS Collection Process, explains your rights and responsibilities regarding payment of federal taxes. It describes:

- What to do when you owe taxes. It describes what to do if you get a tax bill and what to do if you think your bill is wrong. It also covers making installment payments, delaying collection action, and submitting an offer in compromise.
- IRS collection actions. It covers liens, releasing a lien, levies, releasing a levy, seizures and sales, and release of property.

Your collection appeal rights are explained in detail in Publication 1660, Collection Appeal Rights.

### Innocent Spouse Relief

Generally, both you and your spouse are each responsible for paying the full amount of tax, interest, and penalties due on your joint return. However, if you qualify for innocent spouse relief, you may be relieved of part or all of the joint liability. To request relief, you must file Form 8857, Request for Innocent Spouse Relief. For more information on innocent spouse relief, see Publication 971, Innocent Spouse Relief, and Form 8857.

## Potential Third Party Contacts

Generally, the IRS will deal directly with you or your duly authorized representative. However, we sometimes talk with other persons if we need information that you have been unable to provide, or to verify information we have received. If we do contact other persons, such as a neighbor, bank, employer, or employees, we will generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as there is activity in your case. If we do contact other persons, you have a right to request a list of those contacted.

## Refunds

You may file a claim for refund if you think you paid too much tax. You must generally file the claim within 3 years from the date you filed your original return or 2 years from the date you paid the tax, whichever is later. The law generally provides for interest on your refund if it is not paid within 45 days of the date you filed your return or claim for refund. Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund, has more information on refunds.

If you were due a refund but you did not file a return, you generally must file your return within 3 years from the date the return was due (including extensions) to get that refund.

## Tax Information

The IRS provides the following sources for forms, publications, and additional information.

- **Tax Questions:** 1-800-829-1040 (1-800-829-4059 for TTY/TDD)
- **Forms and Publications:** 1-800-829-3676 (1-800-829-4059 for TTY/TDD)
- **Internet:** www.irs.gov
- **Small Business Ombudsman:** A small business entity can participate in the regulatory process and comment on enforcement actions of IRS by calling 1-888-REG-FAIR.
- **Treasury Inspector General for Tax Administration:** You can confidentially report misconduct, waste, fraud, or abuse by an IRS employee by calling 1-800-366-4484 (1-800-877-8339 for TTY/TDD). You can remain anonymous.



# Examinations, Appeals, Collections, and Refunds

## Examinations (Audits)

We accept most taxpayers' returns as filed. If we inquire about your return or select it for examination, it does not suggest that you are dishonest. The inquiry or examination may or may not result in more tax. We may close your case without change; or, you may receive a refund.

The process of selecting a return for examination usually begins in one of two ways. First, we use computer programs to identify returns that may have incorrect amounts. These programs may be based on information returns, such as Forms 1099 and W-2, on studies of past examinations, or on certain issues identified by compliance projects. Second, we use information from outside sources that indicates that a return may have incorrect amounts. These sources may include newspapers, public records, and individuals. If we determine that the information is accurate and reliable, we may use it to select a return for examination.

Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund, explains the rules and procedures that we follow in examinations. The following sections give an overview of how we conduct examinations.

### By Mail

We handle many examinations and inquiries by mail. We will send you a letter with either a request for more information or a reason why we believe a change to your return may be needed. You can respond by mail or you can request a personal interview with an examiner. If you mail us the requested information or provide an explanation, we may or may not agree with you, and we will explain the reasons for any changes. Please do not hesitate to write to us about anything you do not understand.

### By Interview

If we notify you that we will conduct your examination through a personal interview, or you request such an interview, you have the right to ask that the examination take place at a reasonable time and place that is convenient for both you and the IRS. If our examiner proposes any changes to your return, he or she will explain the reasons for the changes. If you do not agree with these changes, you can meet with the examiner's supervisor.

### Repeat Examinations

If we examined your return for the same items in either of the 2 previous years and proposed no change to your tax liability, please contact us as soon as possible so we can see if we should discontinue the examination.

## Appeals

If you do not agree with the examiner's proposed changes, you can appeal them to the Appeals Office of IRS. Most differences can be settled without expensive and time-consuming court trials. Your appeal rights are explained in detail in both Publication 5, Your Appeal Rights and How To Prepare a Protest If You Don't Agree, and Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund.

If you do not wish to use the Appeals Office or disagree with its findings, you may be able to take your case to the U.S. Tax Court, U.S. Court of Federal Claims, or the U.S. District Court where you live. If you take your case to court, the IRS will have the burden of proving certain facts if you kept adequate records to show your tax liability, cooperated with the IRS, and meet certain other conditions. If the court agrees with you on most issues in your case and finds that our position was largely unjustified, you may be able to recover some of your administrative and litigation costs. You will not be eligible to recover these costs unless you tried to resolve your case administratively, including going through the appeals system, and you gave us the information necessary to resolve the case.

## Collections

Publication 594, The IRS Collection Process, explains your rights and responsibilities regarding payment of federal taxes. It describes:

- What to do when you owe taxes. It describes what to do if you get a tax bill and what to do if you think your bill is wrong. It also covers making installment payments, delaying collection action, and submitting an offer in compromise.

- IRS collection actions. It covers liens, releasing a lien, levies, releasing a levy, seizures and sales, and release of property.

Your collection appeal rights are explained in detail in Publication 1660, Collection Appeal Rights.

### Innocent Spouse Relief

Generally, both you and your spouse are each responsible for paying the full amount of tax, interest, and penalties due on your joint return. However, if you qualify for innocent spouse relief, you may be relieved of part or all of the joint liability. To request relief, you must file Form 8857, Request for Innocent Spouse Relief. For more information on innocent spouse relief, see Publication 971, Innocent Spouse Relief, and Form 8857.

## Potential Third Party Contacts

Generally, the IRS will deal directly with you or your duly authorized representative. However, we sometimes talk with other persons if we need information that you have been unable to provide, or to verify information we have received. If we do contact other persons, such as a neighbor, bank, employer, or employees, we will generally need to tell them limited information, such as your name. The law prohibits us from disclosing any more information than is necessary to obtain or verify the information we are seeking. Our need to contact other persons may continue as long as there is activity in your case. If we do contact other persons, you have a right to request a list of those contacted.

## Refunds

You may file a claim for refund if you think you paid too much tax. You must generally file the claim within 3 years from the date you filed your original return or 2 years from the date you paid the tax, whichever is later. The law generally provides for interest on your refund if it is not paid within 45 days of the date you filed your return or claim for refund. Publication 556, Examination of Returns, Appeal Rights, and Claims for Refund, has more information on refunds.

If you were due a refund but you did not file a return, you generally must file your return within 3 years from the date the return was due (including extensions) to get that refund.

## Tax Information

The IRS provides the following sources for forms, publications, and additional information.

- *Tax Questions:* 1-800-829-1040 (1-800-829-4059 for TTY/TDD)
- *Forms and Publications:* 1-800-829-3676 (1-800-829-4059 for TTY/TDD)
- *Internet: www.irs.gov*
- *Small Business Ombudsman:* A small business entity can participate in the regulatory process and comment on enforcement actions of IRS by calling 1-888-REG-FAIR.
- *Treasury Inspector General for Tax Administration:* You can confidentially report misconduct, waste, fraud, or abuse by an IRS employee by calling 1-800-366-4484 (1-800-877-8339 for TTY/TDD). You can remain anonymous.


86



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0010

**IRS**

| Notice | CP15 |
|---|---|
| Tax Year | 2011 |
| Notice date | April 21, 2014 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 031577 |
| Page 1 of 2 | 18H |

132672.285064.20406.3947 1 AT 0.406 538



DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH CA 90277-4207

132672

## Notice of Penalty Charge

666

You have been charged a penalty for the following reason: Civil Penalty for Frivolous Tax Returns.

## TAX STATEMENT

| Prior Balance | $5,000.00 |
|---|---|
| Penalty Assessment | $5,000.00 |
| Interest Charged | $226.40 |
| Bad Check Penalty | $0.00 |
| **Balance Due** | **$10,226.40** |

Continued on back...



**IRS**

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH CA 90277-4207

| Notice | CP15 |
|---|---|
| Notice date | April 21, 2014 |
| Social Security number | 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 |

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2011), and the form number (CVL PEN) on your payment and any correspondence.

**Amount due by May 1, 2014**

$10,226.40

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

617750482 RB LAMD 55 0 201112 670 00001022640





| Notice | CP15 |
|---|---|
| Tax Year | 2011 |
| Notice date | April 21, 2014 |
| Social Security number | 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 |
| Page 2 of 2 | 18H |

We charged you a penalty under IRC section 6702(a) for filing a frivolous tax return. The penalty applies when a person files what purports to be a return but—

A.
1.  fails to include information on which the substantial correctness of the self-assessment may be judged or
2.  includes information that on its face indicates that the self-assessment is substantially incorrect and

B.
1.  the penalty applies when the underlying conduct in relation to filing such return is based on a position that the Internal Revenue Service has identified as frivolous (see Notice 2007-30) or
2.  the underlying conduct reflects a desire to delay or impede the administration of Federal tax laws.

The penalty is $5,000 for each person who files a frivolous tax return.

If you wish to contest the assertion of this penalty, you must fully pay the entire penalty and file a claim for refund with the IRS within three years from the time a return associated with the penalty was filed or two years from the date the penalty was paid, whichever period expires later.

If your refund claim is pending for six months or more and the IRS has not issued a notice of claim disallowance with regard to the claim, you may file suit in the United States District Court or United States Court of Federal Claims to contest the assertion of the penalty at any time. Once the IRS issues a notice of claim disallowance, however, you must file suit in the United States District Court or The United States Court of Federal Claims within two years of the date the IRS mails a notice of disallowance to you denying the refund claim.

For tax forms, instructions and information visit www.irs.gov. Access to this site will not provide you with any taxpayer account information.

---

**IRS**

DENISE ELIZABETH  LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

| Notice | CP15 |
|---|---|
| Notice date | April 21, 2014 |
| Social Security number | 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 |

## Contact information

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2011), and the form number (CVL PEN) on any correspondence.

| | | | |
|---|---|---|---|
| | ☐ a.m. | | ☐ a.m. |
| | ☐ p.m. | | ☐ p.m. |
| Primary phone | Best time to call | Secondary phone | Best time to call |

INTERNAL REVENUE SERVICE
FRESNO, CA 93888-0010

617750482 RB LAMO 55 0 201112

(38)

4/24/2014

**Denise Elizabeth**
**622 S. Broadway #5**
**Redondo Beach, California.**
**[90277]**

United States District Court
for the Central District of California
312 North Spring Street
Los Angeles, California.
      [90012-4701]

Registered mail # RE 370 577 500  US

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx).  This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future.

*I have attached the Frivolous Positions Memorandums Notice 2008-14 and 2007-30 and there is no reference to the method I have used on my tax return. Please honor my Claim or explain exactly why you have determined my tax return frivolous so that I may correct it accordingly.*

**Certificate of Mailing**

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to:

denise-elizabeth

Denise Elizabeth

IRS
Fresno
CA
[93888-0010]

US 7012 1010 0003 0298 4730

IRS
OGDEN
UT
[84201-003]

US 7012 1010 0003 0298 4785

Jacob Joseph LEW
1500 Pennsylvania Avenue, NW
Washington, D.C.
[20220]

US 7012 1010 0003 0298 4792

CPU U.S. POSTAGE
$ 14.40°
MAILED APR 25 2014
90277

PB 1P 000
3658556
FCMF

UNITED STATES POSTAL SERVICE®
REGISTERED MAIL™
RE 327 304 834 US
PSN 7690-02-000-9311
Label 200-R, August 2005



United States District Court
312 N. Spring St.
Los Angeles
California
[90012-4701]

CAS

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 30 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

622 S. Broadway # 5
Redondo Beach
California