Name: _denise elizabeth_

Address: _% 622 S. Broadway #5_
_Redondo Beach, California_

Phone: _____

Fax: _____

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                    8            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

Plaintiff | $CV12-7719-CAS (VBKx)$

v.

Notice

Defendant(s).

Notice of Refusal for Cause for Notice
of withholding.

## Notice of Withholding

**Automatic Data Processing**
Wage Garnishments
P.O. Box 221230
El Paso, Texas  79912

475:2:1

DENISE S LAM
622 S. Broadway #5
Redondo Beach, CA  90277

Case Identifier:                    617750482
Court Ordered Amount:                                    (MONTHLY)
Court Ordered Percent:               25.00%
Goal Amount:                         $ 4,807.73
Administrative Fee:

Dear DENISE S LAM:

This is to notify you that a Tax Levy order has been received.

A copy of the order received has been attached for specific details and contact information for the issuing agency.

**The deduction will begin within one to two pay periods from the day the order was received.** Either a fixed dollar amount or a percentage will be deducted per pay period.  Payments will be remitted to FRANCHISE TAX BOARD##W.

**To dispute this order or to obtain a release to stop the deduction, please <u>contact the issuing agency reflected on the attached order.</u>**

Once you have obtained any additional documentation such as a modification or a release, please forward it to your employer for processing or fax it to the below mentioned fax number.

**Fax No**: (909) 612-6105

For any other questions, you can access our Employee Brochure on<u>https://garnishments.adp.com</u> or call us at (866) 324-5191.

Sincerely,
ADP Garnishment Services

04/29/2015

CPK1

*If this is for a tax levy and no amount or percent is indicated, the deduction amount will be calculated based on married filing separately with one exemption. If this does not reflect your actual marital and exemption status, <u>please contact the issuing agency</u>.



STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 942867
SACRAMENTO CA 94267-0011

Notice Date: 04/15/15

## REQUEST FOR EARNINGS WITHHOLDING ORDER PAYMENT INFORMATION

13209298000
CALIFORNIA PIZZA KITCHEN LTD
PAYROLL
12181 W BLUFF CREEK DR STE 5
PLAYA VISTA CA 90094-2627

Account Number : 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
Amount Due     : $4,807.73
Tax Year(s)    : 2011,2010,2009
Order Number   : 714193150001155271
Taxpayer's Name : DENISE S LAM

We have no record of payment or a response to the recent Earnings Withholding Order For Taxes. If payment has been made, please provide the following information and, if available, a copy of both sides of the canceled check (s) used as remittance.

| AMOUNT PAID | DATE REMITTED | ADDRESS MAILED TO |
|---|---|---|
| $ | | |

If the individual is no longer employed by you or you have not submitted any payments, please complete the following:

| TAXPAYER'S FULL NAME | SOCIAL SECURITY NUMBER | | OCCUPATION |
|---|---|---|---|
| TAXPAYER'S PRESENT OR LAST KNOWN ADDRESS | | | TELEPHONE NUMBER |
| TAXPAYER'S CURRENT EMPLOYER | ADDRESS | | TELEPHONE NUMBER |
| UNION AFFILIATION OR NEXT OF KIN | ADDRESS | | TELEPHONE NUMBER |
| REASON FOR NOT HONORING EARNINGS WITHHOLDING ORDER | DATE TAXPAYER TERMINATED? | | PLAN TO REHIRE? ☐ YES DATE: ☐ NO |
| INFORMATION COMPLETED BY | | POSITION | TELEPHONE NUMBER |

If you are delaying payment because you have questions about the Earnings Withholding Order, please telephone the number listed below for assistance. **FAILURE TO COMPLY WITH THE REQUIREMENTS SET FORTH IN THE PREVIOUSLY SENT EARNINGS WITHHOLDING ORDER MAY MAKE YOU LIABLE FOR THE AMOUNT DUE.**

If you are made liable for the amount due, we can impose collection fees, contact third parties, file state tax liens, and take other collection actions. Please contact us if you have any questions.

Authorized Representative

Telephone: (800) 689-4776

FTB 4931 ARCS (REV 02-1999)

③

**Denise Elizabeth**
**622 S. Broadway #5**
**Redondo Beach, California.**
**[90277]**

United States District Court
for the Central District of California
312 North Spring Street
Los Angeles, California.
       [90012-4701]

Registered mail # R 370 577 527 US

Dear clerk;

     Please file this order in the case jacket of Article III case CV12-7719 CAS (VBKx).  This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future.

**Certificate of Mailing**

     My signature below expresses that I have mailed a copy of the presentment, with the original clerk instruction to:

> **Demand for lawful**
> **money pursuant to**
> **Title 12 US Section 411**

_denise-elizabeth_

Denise Elizabeth

Automatic Data Processing
Wage Garnishments
P.O. Box 221230
El Paso
Texas [79912]

         Cert #:  7012 1010 0003 0298 4839

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P.O. Box 942867
SACRAMENTO [94267]

         Cert #:  7012 1010 0003 0298 4778