# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT

JUN 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Christina A. Snyder

From: Connie Lee _____, Deputy Clerk     Date Received: June 9, 2016

Case No.: CV12-7719-CAS(VBKx) _____ Case Title: Denise Elizabeth v. Timothy Franz Geithner, et al.

Document Entitled: Letter

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically | |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | |
| ☐ Local Rule 11-3.1 | Document not legible | |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address | |
| ☐ Local Rule 11-4.1 | No copy provided for judge | |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel | |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking | |
| ☑ Local Rule 83-2.5 | No letters to the judge | |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) | |
| ☑ Other: | Case closed. | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                                U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

6/14/16                             _____
Date                                U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE      COPY 2 -JUDGE      COPY 3 -SIGNED & RETURNED TO FILER      COPY 4 -FILER RECEIPT

CV-104A (06/13)                     NOTICE OF DOCUMENT DISCREPANCIES

**Denise Elizabeth**
**c/o 622 S. Broadway #5**
**Redondo Beach, California**
**[90277] Kingdom of God**


United States District Court                    CER #:  7015 3010 0000 3699 1753
for the Central District of California
312 North Spring Street
Los Angeles, California.
[90012-4701]
Kingdom of God


Dear clerk;

    Please notice (attached evidence) that I have paid $350 in lawful money for this case file and am still using it as an evidence repository.  Failing to continue filing and publishing these related papers is a breach of contract.

    Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx).


                                  _denise Elizabeth_
                                   Denise Elizabeth





CASH OUT TICKET

TELLER 4

Rev. 08/2011

| Teller Stamp: | $100 | 300 | | $1.00 | |
| | 50 | 50 | | 0.50 | |
| | 20 | | | 0.25 | |
| | 10 | | | 0.10 | |
| | 5 | | | 0.05 | |
| | 2 | | | 0.01 | |
| | 1 | | | | |
| | TOTAL: | 350 | | TOTAL: | |

**CTB**
TORRANCE BR.
JUN 06 '12
#4

ChkWdr          350.00
06/07/2012 02:05:12 PM
0808 01 0804 627
VF - Memo:

08027644

⑈ 0804⑈ ⑇50⑈0000004⑈: 1000 110008⑈ 600

---

**Chinatrust Bank (U.S.A.)**     DATE: 6/7/2012

**WITHDRAWAL / DEBIT ACCOUNT**

☑ CASH ............................ $  350
☐ PURCHASE CASHIER'S CHECK .... $
   PAYABLE TO:
☐ TRANSFER TO ACCOUNT ......... $
   CREDIT TO (ACCOUNT NO.)
   FEE ........................... $
   TOTAL WITHDRAWAL: $
   LEGAL AMOUNT: $

BANK USE ONLY:   ☐ OFAC SEARCH

CUSTOMER NAME: Denise Elizabeth

SIGNATURE: Demand lawful money
OB⦿Ð——

☑ DDA      ☐ MMA      ☐ SAVINGS

Fiserv
OP-35 REV 6/10

**DEPOSIT:**
CURRENCY: ............................. $
COIN: .................................. $
CHECKS (REVERSE FOR MORE LISTING) ... $
TOTAL FROM REVERSE SIDE ............. $
    SUBTOTAL: $
LESS CASH ............................ $
    TOTAL DEPOSIT: $

I HEREBY AUTHORIZED THIS TRANSACTION AND ALL ITEMS ARE SUBJECT TO THE
DEPOSITORY BANK'S REGULATION RELATING TO DEPOSIT AND WITHDRAWALS.



AMOUNT
350.00

⑇5500⑈2000⑈

---

Received cash as follows:

$ 100   HB 20429476 C
$ 100   HF 66050837 E
$ 100   HL 67256085 D
$ 50    AR 34081244 A

YOOJIN C. KIM
COMM. #1909527
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires OCT 21, 2014

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<21575341@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-07719-CAS-VBK
Denise Elizabeth v. Timothy Franz Geithner et al Notice of Document Discrepancies and Order -
Rejecting Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/31/2016 at 4:54 PM PDT and filed on 5/27/2016

| | |
|---|---|
| **Case Name:** | Denise Elizabeth v. Timothy Franz Geithner et al |
| **Case Number:** | 2:12-cv-07719-CAS-VBK |
| **Filer:** | Denise Elizabeth |
| **WARNING: CASE CLOSED on 01/16/2013** | |
| **Document Number:** | 38 |

**Docket Text:**
NOTICE OF DISCREPANCY AND ORDER: by Judge Christina A. Snyder, ORDERING
Notices submitted by Plaintiff Denise Elizabeth received on May 27, 2016 are not to be filed but
instead rejected. Denial based on: Case closed. (iv)

**2:12-cv-07719-CAS-VBK Notice has been electronically mailed to:**
Elisa B Wolfe-Donato    elisa.wolfe@doj.ca.gov
James C Hughes    james.hughes2@usdoj.gov, caseview.ecf@usdoj.gov, usacac.civil@usdoj.gov
**2:12-cv-07719-CAS-VBK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Denise Elizabeth
622 S Broadway Suite 5
Redondo Beach CA 90277

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

MAY 27 2016

CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: X U.S. District Judge          C. Snyder
From:  C. Jeang                        , Deputy Clerk       Date Received:   05/27/2016
Case No.:  CV12-7719-CAS(VBKx)     Case Title:  Elizabeth v. Geithner; et al.
Document Entitled:  Notices

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

    G Local Rule 5-4.1     Documents must be filed electronically
    G Local Rule 6-1     Written notice of motion lacking or timeliness of notice incorrect
    G Local Rule 7-19.1     Notice to other parties of ex parte application lacking
    G Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
    G Local Rule 11-3.1     Document not legible
    G Local Rule 11-3.8     Lacking name, address, phone, facsimile numbers, and e-mail address
    G Local Rule 11-4.1     No copy provided for judge
    G Local Rule 11-6     Memorandum/brief exceeds 25 pages
    G Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
    G Local Rule 15-1     Proposed amended pleading not under separate cover
    G Local Rule 16-7     Pretrial conference order not signed by all counsel
    G Local Rule 19-1     Complaint/Petition includes more than 10 Does or fictitiously named parties
    G Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
    G Local Rule 56-2     Statement of genuine disputes of material fact lacking
    G Local Rule 83-2.5     No letters to the judge
    G Fed. R. Civ. P. 5     No proof of service attached to document(s)
    X Other:  Case closed.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____          _____
Date                               U.S. District Judge / U.S. Magistrate Judge

X The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

MAY 27 2016          Christina A. Snyder
Date                               U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE     COPY 2 -JUDGE     COPY 3 -SIGNED & RETURNED TO FILER     COPY 4 -FILER RECEIPT

CV-104A (06/13)          NOTICE OF DOCUMENT DISCREPANCIES

| | |
|---|---|
| 1 | Name: _denise elizabeth_ |
| 2 | Address: _℅ 622 S. Broadway #5_ |
| 3 | _Redondo Beach, California_ |
| 4 | _Kingdom of God_ |
| 5 | Fax: _____ |
| 6 | ~~In Pro Per~~ |
| 7 | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | | CASE NUMBER: |
| 10 | | |
| 11 | Plaintiff. | CV12-7719-CAS (VBKx) |
| 12 | v. | |
| 13 | | |
| 14 | | |
| 15 | Defendant(s). | |

16

17 Refusal for Cause : Intent to Record a Notice of
18 State Tax Lien ; Notice date : 04/27/2016
19 Business letter.

20

21

22

23

24

25

26

27

28

CV-127 (09/09)        ~~PLEADING PAGE FOR A SUBSEQUENT DOCUMENT~~

①

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 942867
SACRAMENTO CA 94267-0011

493200110006

Notice Date: 04/27/16

042716111009++++++++21314802950000000000000000000046186058

## Intent to Record a Notice of State Tax Lien

☐  Mark box and write new address on reverse.

DENISE S LAM
622 S BROADWAY 5
REDONDO BEACH CA 90277-4207

Account Number: 2131480295

Tax Year: 2011,2010,2009

Balance: **$4,618.60**

Due Date: **05/12/16**

Return this part with your payment ↑

Keep this part for your records ↓

## Intent to Record a Notice of State Tax Lien

Notice Date: 04/27/16          Account Number: 2131480295

We previously sent you required notices regarding your balance with request to pay in full. The balance remains unpaid. No additional interest accrues if we receive full payment within 15 days from the notice date.

If we do not receive your balance payment in full within 30 days from the notice date, we intend to record a Notice of State Tax Lien against your property. See enclosed FTB 1140, *Personal Income Tax Collections Information.*

A recorded Notice of State Tax Lien becomes public record and consequences may include one or more of the following:
- Prevent the purchase, refinance, sale, or transfer of property
- Affect your credit rating and remain on your credit report, even upon release.
- Make it difficult to obtain or retain employment.

If you are financially unable to pay the balance in full, you may be eligible to make monthly payments through our Installment Agreement Program. Go to **ftb.ca.gov** and search for **installment agreement** or call (800) 689-4776.

If you think you do not owe this amount, call (800) 689-4776, TTY/TDD: (800) 822-6268, or fax (916) 845-0993, 8:00 a.m. - 5:00 p.m. weekdays, except state holidays.

### How To Pay Your Balance

- If you are required to pay electronically, go to **ftb.ca.gov** and search for **mandatory e-pay** for payment methods. Penalties apply if you pay by other means.

- **Online, installment agreement, and other payment options**: See enclosed FTB 4032, *Pay Your Taxes Online* or go to **ftb.ca.gov** and search for **payment options.**

- **Check or money order**: Make payable to the **Franchise Tax Board**, write your full name and account number on your payment, and mail in the enclosed envelope or to the address above.

FTB 4932 ARCS (NEW 12-2014)

② 

*(handwritten: Hearsay for cause)*

Denise Elizabeth
c/o 622 S. Broadway #5
Redondo Beach, California
[90277] Kingdom of God

STATE OF CALIFORNIA                                                    5/6/2016
FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO
[CA 94267-0011]
Kingdom of God

Dear man or women, acting as an AGENT:

    Please remove my name and information from your mailing list.

Thank you.

                                      denise
                                      Denise Elizabeth

③

**Denise Elizabeth**
**c/o 622 S. Broadway #5**
**Redondo Beach, California**
**[90277] Kingdom of God**

United States District Court                          CER #:  7015 3010 0000 3699 1739
for the Central District of California
312 North Spring Street
Los Angeles, California.
[90012-4701]
Kingdom of God

Dear clerk;

      Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx).  This is evidence
if this presenter IRS, claims I have obligations to perform or continues to make false claims against me in the future. A
copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

      My signature below expresses that I will deliver a copy of the presentment, refused for cause with the original
clerk instruction to the district court and the presentment, refused for cause in red ink and copy of this clerk instruction
has been mailed as indicated back to the presenter within a reasonable time.

                                        naden Elizabeth
                                      Denise E

To:
IRS
P.O. BOX 9052
ANDOVER
[MA 01810-9052]
Kingdom of God

CER #:  7015 3010 0000 3699 1746

1  Name: _denise elizabeth_

2  Address: _℅ 622 S. Broadway #5_

3  _Redondo Beach, California_

4  _Kingdom of God_

5  Fax: _____

6  ~~In Pro Per~~

7

8  ## UNITED STATES DISTRICT COURT
   ## CENTRAL DISTRICT OF CALIFORNIA

9

10                                    CASE NUMBER:

11                        Plaintiff    _CV12-7719-CAS (VBKx)_

12              v.

13

14                                        _Notice_

15              ~~Defendant(s).~~

16

17  _Refusal of Cause letter LTR0096C._

18

19

20

21

22

23

24

25

26

27

28

CV-127 (09/09)        ~~PLEADING PAGE FOR A SUBSEQUENT DOCUMENTS~~

①

IRS **Department of the Treasury**
**Internal Revenue Service**
PO BOX 9052
ANDOVER MA 01810-9052

002714.660913.342320.290 1 AB 0.399 690

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

2714

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window.
0841600264
BODCD-WI

Use for inquiries only

| | |
|---|---|
| Letter Number: | LTR0096C |
| Letter Date : | 2016-05-04 |
| Tax Period : | 201212 |

*617750482*

INTERNAL REVENUE SERVICE
PO BOX 9052
ANDOVER  MA  01810-9052

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

617750482 RB LAM   30 0 201212 670 0000000000

The IRS address must appear in the window.
0841600264
BODCD-WI

Use for payments

| | |
|---|---|
| Letter Number: | LTR0096C |
| Letter Date : | 2016-05-04 |
| Tax Period : | 201212 |

*617750482*

INTERNAL REVENUE SERVICE

FRESNO CA 93888-0419

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

617750482 RB LAM   30 0 201212 670 0000000000

②

**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 9052
ANDOVER  MA  01810-9052

In reply refer to:  0841600264
May  04, 2016    LTR 96C    0
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  201212 30
                            00000369
                    BODC: WI

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

02714

Social security number:  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
       Tax periods:  Dec. 31, 2012
            Form:  1040

Dear Taxpayer:

Thank you for your correspondence received Mar. 28, 2016.

We reviewed the information you provided and determined no action is
necessary on your account.

The balance due for the Dec. 31, 2012, tax period is $1,769.18,
which includes penalty and interest figured to May. 29, 2016.
You should pay now because penalties and interest will continue to
accrue until the balance is fully paid.

We've provided a general explanation of the possible penalties and/or
interest included in the current balance due on your account. If you
would like a specific explanation of how the amounts were computed on
your account, please contact us at the toll-free number shown in this
letter and we will send you a detailed computation.

** Filing and/or Paying Late -- IRC Section 6651 **

We charge a 5% penalty for filing late and a 1/2% penalty for
paying late, when a return is filed late and the tax is not paid
by the date it was due. When both penalties apply for the same month,
the penalty for filing late is reduced by the amount of the penalty
for paying late for that month.

The penalty for filing late is based on the tax ultimately due,
which was not paid by the original return due date without regard
to extensions.

The penalty for paying late is based on the net unpaid tax at the
beginning of each penalty month following the payment due date for
that tax.

The penalties are charged for each month or part of a month the
return or payment is late; however, neither penalty can be more
than 25% in total.

```
                                                      0841600264
                              May  04, 2016    LTR 96C   0
                              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  201212 30
                                                      00000370
```

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

Income tax returns are subject to a minimum penalty if filed late and
received more than 60 days after the due date. The minimum penalty is
$205 ($135 for returns due between 1/1/2009 and 12/31/2015, $100 for
returns due before 1/1/2009) or 100% of the tax paid late, whichever
is less.

The penalty for paying late applies when tax is paid late, even if the
return was filed on time. The due date for payment of tax shown on a
return generally is the return due date without regard to extensions.
Increases in tax must be paid within 21 days of our notice demanding
payment (10 business days if the amount in the notice is $100,000 or
more).

If we issue a Notice of Intent to Levy and the balance due isn't paid
within 10 days from the date of the notice, the penalty for paying
late increases to 1% per month.

For individuals who filed on time, the penalty decreases to 1/4% per
month while an approved installment agreement with the IRS is in
effect for payment of that tax.

** Interest -- IRC Section 6601 **

We are required by law to charge interest when you do not pay your
liability on time. Generally, we calculate interest from the due date
of your return (regardless of extensions) until you pay the amount you
owe in full, including accrued interest and any penalty charges.
Interest on some penalties accrues from the date we notify you of the
penalty until it is paid in full. Interest on other penalties, such as
failure to file a tax return, starts from the due date or extended due
date of the return. Interest rates are variable and may change
quarterly.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below, your telephone number and the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____  Hours_____

```
                                                    0841600264
                              May  04, 2016    LTR 96C    0
                              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  201212 30
                                                    00000371
```

DENISE ELIZABETH LAM
622 S BROADWAY APT 5
REDONDO BEACH  CA  90277-4207

i2714

Sincerely yours,

*Kathleen M. Woekel*

Kathleen M. Woekel
Department Manager, Department 1

⑤

**Denise Elizabeth**
**c/o 622 S. Broadway #5**
**Redondo Beach, California**
**[90277] Kingdom of God**


United States District Court                    CER #:  7015 3010 0000 3699 1739
for the Central District of California
312 North Spring Street
Los Angeles, California.
[90012-4701]
Kingdom of God

Dear clerk;

      Please file this refusal for cause in the case jacket of Article III case CV12-7719 CAS (VBKx).  This is evidence
if this presenter STATE OF CALIFORNIA FRANCHISE TAX BOARD, claims I have obligations to perform or
continues to make false claims against me in the future. A copy of this instruction has been sent with the original refusal
for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

      My signature below expresses that I will deliver a copy of the presentment, refused for cause with the original
clerk instruction to the district court and the presentment, refused for cause in red ink and copy of this clerk instruction
has been mailed as indicated back to the presenter within a reasonable time.



_____
Denise


To:
STATE OF CALIFORNIA
FRANCHISE TAX BOARD
P.O. BOX 942867
SACRAMENTO
[CA 94267-0011]
Kingdom of God

CER #:  7015 3010 0000 3699 1722

CERTIFIED MAIL

7015 3010 0000 3699 1739

The Clerk
United States District Court
312 N. Spring Street
Los Angeles

CPU
U.S. POSTAGE
$7.570

Los Angeles PMDC 90052

MAY 2016

c/o
Ceonie etc:
429 South Broadway #5
Redondo Beach
Kingdom of God

7015 3010 0000 3699 1753

United States District Court
Office of Clerk
312 N. Spring Street
Room 8
Los Angeles
(CA 90012)
(CA5)
Kingdom of God

CPU U.S. POSTAGE
$4.87
Los Angeles PPABHIP 001
868856
MAILED 06JUN2016
WED 08 JUN 2016
90277

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 09 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY