# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
APR 19 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  C. Snyder

From: C. Jeang                    , Deputy Clerk      Date Received: April 18, 2017

Case No.: 2:12-cv-07719-CAS(VBKx)    Case Title: Elisabeth v. Geithner; et al.

Document Entitled: REFUSAL FOR CAUSE

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Case closed 01/16/2013 |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                            U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

APR 19 2017                     Christine A. Snyder
_____        _____
Date                            U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL - OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

CV-104A (06/13)                NOTICE OF DOCUMENT DISCREPANCIES

| | |
|---|---|
| In the United States District Court for the Central District of California 312 North Spring Street Los Angeles, California. [90012-4701] | |
| **Kingdom of God** | |
| **Denise Elisabeth** <br><br> v. <br><br> **Steven MNUCHIN as US GOVERNOR for the International Monetary Fund** | Case # CV12-7719 CAS (VBKx) <br><br> **Counterclaim and Refusal for Cause** <br> Rule B(1)(c) Garnishment |
| **REFUSAL FOR CAUSE** | |

Dear Clerk of Court;

Please file this refusal for cause in the case # CV12-7719 CAS (VBKx).

This Presentment is refused for cause timely and garnishment of the Secretary of the Treasury as the US Governor of the International Monetary Fund is contemplated. The President as principal appointing the chief "judge" and "justice", oaths attached and refused for cause for being deviant from lawful form, is notified and in breach of public trust for not rectifying this incompetency in common law. The public law from 1789 where the correct form for the federal judge oaths is found contains the 'saving to suitors' clause' on Page 77 of Chapter 20:

> ...*saving to suitors, in all cases the right of a common law remedy, where the common law is competent to give it;*

_____
First Middle           Resulting Trust.

| | |
|---|---|
| SHERRI R. CARTER<br>Clerk of TORRANCE COURTHOUSE<br>825 Maple Avenue<br>City of Torrance, California<br>90503 | U.S. Postal #:  70153010000036991838 |
| ~~Steven MNUCHIN~~<br>US Governor for the IMF<br>1500 Pennsylvania Avenue NW<br>city of Washington, District of Columbia.<br>20220 | ~~U.S. Postal #:  70153010000036991845~~ |
| President of the United States<br>Donald John TRUMP<br>1600 Pennsylvania Avenue NW<br>city of Washington, District of Columbia.<br>20500 | U.S. Postal #:  70153010000036991852 |

# California All-Purpose Acknowledgement

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **LOS ANGELES**

On **April 14, 2017** before me **Kenneth James Friedlander, Notary Public**
*Name of Notary Public, Title*

personally appeared **DENISE ELIZABETH —**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to be within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*Signature of Notary Public*

KENNETH JAMES FRIEDLANDER
Comm. #2109933
Notary Public - California
Los Angeles County
Comm. Expires May 30, 2019

Seal

_____OPTIONAL INFORMATION_____

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgement on unauthorized document and may prove useful to persons relying on the document.

### Description of Attached Document

The preceding Certificate of Acknowledgement is attached to a

**REFUSAL FOR CAUSE**
*Title or description of Document*

containing **2** pages, and dated **4/14/17**.

Copyright © Develop Point Education 2015

③

# State of California



## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State, in the name and by the authority of the People of the State of California, do appoint and commission

## KENNETH JAMES FRIEDLANDER

# Notary Public
## of the State of California

Commission Number: 2109933

Term commencing May 31, 2015 and ending May 30, 2019 with the principal place of business in the county of LOS ANGELES.



IN WITNESS WHEREOF, I execute this certificate and affix the GREAT SEAL of the State of California this 30th day of April 2015.

Secretary of State



SHERRI R. CARTER
EXECUTIVE OFFICER / CLERK

# Superior Court of California
## County of Los Angeles

www.lacourt.org

---

LAM, DENISE ELIZABETH
622 S BROADWAY #5
REDONDO BEACH, CA, 902774235

DATE: April 4, 2017
CITATION: R810492
LEA: 1956

Dear Sir/Madam:

Your correspondence dated <u>March 20, 2017</u> was submitted for judicial consideration. The following decision was made:

1. ☐ Count(s) ___, ___, ___, ___, ☐ All counts has/have been dismissed.
2. ☐ Guilty as to count (s) ___, ___, ___, ___, ☐ All counts.
3. ☐ Sentence is suspended as to count(s) ___, ___, ___, ___, ☐ All counts
4. ☐ The hold/warrant for your arrest has been ordered recalled.
5. ☐ Case is closed. No further action is required.
6. ☐ Bail of _____ is accepted and forfeited.
7. ☐ A refund of _____ has been ordered. You will receive this refund by mail within 60 days.
8. ☐ Your request has been denied.
9. ☐ A continuance has been granted to _____.
10. ☒ Other: PROCESS AS FAILURE TO APPEAR. FAILURE TO APPEAR ISSUED 04/04/2017.

IT IS YOUR RESPONSIBILITY TO MEET THE INDICATED REQUIREMENT(S) BELOW BY <u>April 4, 2017</u>. IF YOU ARE UNABLE TO COMPLY WITH ANY ITEMS CHECKED, YOU MUST CONTACT THE COURT BY THIS DUE DATE.

11. ☐ You must pay ☐ _____ bail, ☐ _____ fine, ☐ _____ dismissal fee, ☐ $30 ☐ $35 installment fee, ☐ civil assessment in the amount of _____. Total amount must be received by _____.
12. ☒ You **MUST** appear in court. CALL (213) 742-8860 OR APPEAR AT THE COURTHOUSE LISTED BELOW BETWEEN 8:00 AM AND 4:30 PM, MONDAY THROUGH FRIDAY, AND 8:00 AM TO 7:30 PM ON WEDNESDAYS ONLY. to schedule an appearance.
13. ☐ The Court must receive your ☐ Traffic School Certificate of Completion. ☐ _____ non-refundable administrative fee.
14. ☐ Other: _____ .

**THIS MATTER REQUIRES YOUR IMMEDIATE ATTENTION. FAILURE TO COMPLY WITH THE REQUESTED ITEMS MAY RESULT IN A WARRANT FOR YOUR ARREST. FAILURE TO COMPLY MAY ALSO RESULT IN A DMV HOLD AND/OR SUSPENSION OF YOUR DRIVER'S LICENSE. THE COURT MAY ALSO ORDER A $300 CIVIL ASSESSMENT AND REFER YOUR CASE TO A COLLECTION AGENCY (Penal Code §1214.1).**

**PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO "LOS ANGELES SUPERIOR COURT." THIS IS THE ONLY NOTICE YOU WILL RECEIVE.**

By  K. Kaiserman, Traffic Clerk

TO ENSURE PROPER PROCESSING, PLEASE RETURN THIS LETTER WITH ANY RESPONSE TO THE ADDRESS BELOW

---

**TORRANCE COURTHOUSE - 825 MAPLE AVENUE - TORRANCE, CA 90503**

NOTIFICATION FROM THE LOS ANGELES SUPERIOR COURT          TR-1AB LASER (4/10)
IF YOU BELIEVE YOU HAVE RECEIVED THIS NOTICE IN ERROR,
CONTACT THE COURTHOUSE LISTED ON YOUR CITATION TO VERIFY CITATION STATUS.

| CITATION | LEA | DPT | ACTION DATE | BAIL AMOUNT |
|---|---|---|---|---|
| R810492 | 1956 SBA | 002 | 04/04/17 | 761.00 |

THE COURT HAS PLACED A DMV HOLD ON YOUR DRIVER'S LICENSE BECAUSE YOU FAILED TO
APPEAR ON THE CITATION SHOWN ABOVE. THE DMV WILL SUSPEND YOUR DRIVING PRIVILEGES
IF YOU DO NOT CLEAR THIS MATTER WITH THE COURT.

PURSUANT TO PENAL CODE SECTION 1214.1 A CIVIL ASSESSMENT FINE OF $300 WAS ADDED
TO THE BAIL AMOUNT. HOWEVER, IF FULL PAYMENT IS RECEIVED WITHIN 20 CALENDAR DAYS
FROM THE ABOVE ACTION DATE, YOU MAY DEDUCT THE $300 FROM THE BAIL AMOUNT.

SUBSEQUENT FAILURES TO APPEAR ARE NOT ELIGIBLE FOR A REDUCTION.

YOUR OPTIONS:

1) PAY THIS CITATION:

   ONLINE: VISIT WWW.LACOURT.ORG AND SELECT "TRAFFIC TICKETS," OR

   BY PHONE: CALL (213) 742-8860, OR

   BY MAIL: SEND A CHECK FOR THE BAIL AMOUNT (PAYABLE TO LA SUPERIOR COURT)
   AND THE PAYMENT COUPON TO THE ADDRESS BELOW. WRITE THE CITATION AND LEA
   NUMBER ON YOUR CHECK. DO NOT INCLUDE ANY OTHER CORRESPONDENCE. AN
   ADDITIONAL $65 WILL BE CHARGED IF YOUR CHECK IS RETURNED.

2) SCHEDULE A COURT DATE: CALL (213) 742-8860 OR VISIT WWW.LACOURT.ORG.
   NOTE: THERE IS NO GUARANTEE THE CIVIL ASSESSMENT WILL BE WAIVED IF YOU
   CHOOSE TO GO TO COURT.

FAILURE TO RESPOND WITHIN 20 CALENDAR DAYS FROM THE ACTION DATE ON THIS
NOTICE WILL RESULT IN THE REFERRAL OF YOUR CITATION TO A COLLECTION AGENCY.

*[Stamped across document: "Refused for Cause"]*

C                DETACH AT PERFORATION AND RETAIN TOP PORTION FOR YOUR RECORDS

SUPERIOR COURT OF CALIFORNIA          CITATION NO: R810492   LEA 1956 SBA
COUNTY OF LOS ANGELES                 BAIL AMOUNT:     761.00
PAYMENT COUPON                        ACTION DATE: 04/04/17   PED
                                                  D7675004


                                      TORRANCE         COURT
                                      P.O. BOX 60570
                                      LOS ANGELES   CA   90060-0570

LAM DENISE E
622 S BROADWAY APT 5
REDONDO BEACH CA 90277-4207

        08427270801000409029919563040076100000000000461005552727 04



No. O-29
(Rev. 11-2-70)

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __Christina A. Snyder__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __United States District Judge__, according to the best of my abilities and understanding, agreeable to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_Christina A. Snyder_
Christina A. Snyder

Subscribed and sworn to (or affirmed) before me this __24th__ day of __November__, 19__97__.

**FOIA EXEMPTION b6**

_Harry Pregerson_
Harry Pregerson
United States Circuit Judge

Actual abode ███████████████████████████

Official station • Los Angeles, California

Date of birth __May 27, 1947__

Date of entry on duty __November 24, 1997__

Note.—The Act of May 1, 1876 (Title 48, sec. 1466, United States Code), provides that the oaths of Territorial Officers shall be administered in the Territory in which the office is held.
• Title 28, sec. 456 United States Code, as amended.

(7)

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......... VIRGINIA ANNE PHILLIPS .........., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as .. UNITED STATES DISTRICT JUDGE ... under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic: that I will bear true faith and allegiance to the same: that I take this obligation freely, without any mental reservation or purpose of evasion: and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

*Virginia Anne Phillips*
VIRGINIA ANNE PHILLIPS

Subscribed and sworn to (or affirmed) before me this .... 27th .... day of .... December .... 19 99 ..

*[signature]*
Chief United States District Judge

FOIA EXEMPTION b6

Actual abode ■■■■■■■■■

Official station* Los Angeles ......

Date of birth .. 02/14/57 ..........

Date of entry on duty . 12/27/99 ....

*Title 28 sec. 456 United States Code, as amended

⑧

*Amended*

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, .......Sidney R. Thomas........................................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ......United States Circuit Judge...... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

................/s/ Dnm.................

Subscribed and sworn to (or affirmed) before me this ......11th...... day of ......March...... 19 96.

................/s/ Jack D. Shanstrom................
Chief Judge, District of Montana

FOIA EXEMPTION b6

Actual abode [REDACTED]

Official station* ..Billings, Montana

Date of birth ..August 14, 1953....

Date of entry on duty ..March 11, 1996

UNITED STATES OF AMERICA
DISTRICT OF [illegible]
I, LOU [illegible], Clerk of
[illegible]
[seal/stamp, partially illegible]

*Title 28, sec. 456 United States Code, as amended.

By /s/ [illegible]

⑨

| | |
|---|---|
| In the United States District Court for the Central District of California<br>312 North Spring Street<br>Los Angeles, California.<br>[90012-4701]<br>~~Kingdom of God~~ | |
| Denise Elisabeth<br><br>v.<br><br>Steven MNUCHIN as US GOVERNOR for the International Monetary Fund | Case #  CV12-7719 CAS (VBKx)<br><br>**Counterclaim and Refusal for Cause**<br>Rule B(1)(c) Garnishment |

**REFUSAL FOR CAUSE**

Dear Clerk of Court;

Please file this refusal for cause in the case # CV12-7719 CAS (VBKx).

This Presentment is refused for cause timely and garnishment of the Secretary of the Treasury as the US Governor of the International Monetary Fund is contemplated. The President as principal appointing the chief "judge" and "justice", oaths attached and refused for cause for being deviant from lawful form, is notified and in breach of public trust for not rectifying this incompetency in common law. The public law from 1789 where the correct form for the federal judge oaths is found contains the 'saving to suitors' clause' on Page 77 of Chapter 20:

> *...saving to suitors, in all cases the right of a common law remedy, where the common law is competent to give it;*



First Middle Trustee Resulting Trust.



Page 11 | 20

SHERRI R. CARTER                          U.S. Postal #:  70153010000036991838
Clerk of TORRANCE COURTHOUSE
825 Maple Avenue
City of Torrance, California
     90503

Steven MNUCHIN                            U.S. Postal #:  70153010000036991845
US Governor for the IMF
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia.
     20220

President of the United States            U.S. Postal #:  70153010000036991852
Donald John TRUMP
1600 Pennsylvania Avenue NW
city of Washington, District of Columbia.
     20500



Page 2 | 20

# California All-Purpose Acknowledgement

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **LOS ANGELES**

On **April 14, 2017** before me **Kenneth James Friedlander, Notary Public**
Name of Notary Public Title

personally appeared **DENISE ELIZABETH —**

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to be within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

[Notary Seal: KENNETH JAMES FRIEDLANDER, Comm. #2109933, Notary Public - California, Los Angeles County, Comm. Expires May 30, 2019]

Signature of Notary Public

Seal

_____OPTIONAL INFORMATION_____

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgement on an unauthorized document and may prove useful to persons relying on the document.

## Description of Attached Document

The preceding Certificate of Acknowledgement is attached to a

**REFUSAL FOR CAUSE**
Title or description of Document

containing **2** pages, and dated **4/14/17**.

Copyright © Develop Point Education 2015

(3/10)

# State of California



## SECRETARY OF STATE

I, ALEX PADILLA, Secretary of State, in the name and by the authority of the People of the State of California, do appoint and commission

## KENNETH JAMES FRIEDLANDER

# Notary Public
## of the State of California

Commission Number: 2109933

Term commencing May 31, 2015 and ending May 30, 2019 with the principal place of business in the county of LOS ANGELES.



IN WITNESS WHEREOF, I execute this certificate and affix the GREAT SEAL of the State of California this 30th day of April 2015.

*Alex Padilla*

Secretary of State

4/19



SHERRI R. CARTER
EXECUTIVE OFFICER / CLERK

# Superior Court of California
## County of Los Angeles

www.lacourt.org

---

LAM, DENISE ELIZABETH
622 S BROADWAY #5
REDONDO BEACH, CA, 902774235

DATE: April 4, 2017
CITATION: R810492
LEA: 1956

Dear Sir/Madam:

Your correspondence dated <u>March 20, 2017</u> was submitted for judicial consideration. The following decision was made:

1. ☐  Count(s) __, __, __, __, ☐ All counts has/have been dismissed.
2. ☐  Guilty as to count (s) __, __, __, __, ☐ All counts.
3. ☐  Sentence is suspended as to count(s) __, __, __, __, ☐ All counts
4. ☐  The hold/warrant for your arrest has been ordered recalled.
5. ☐  Case is closed. No further action is required.
6. ☐  Bail of _____ is accepted and forfeited.
7. ☐  A refund of _____ has been ordered. You will receive this refund by mail within 60 days.
8. ☐  Your request has been denied.
9. ☐  A continuance has been granted to _____.
10. ☒  Other: PROCESS AS FAILURE TO APPEAR. FAILURE TO APPEAR ISSUED 04/04/2017.

IT IS YOUR RESPONSIBILITY TO MEET THE INDICATED REQUIREMENT(S) BELOW BY <u>April 4, 2017</u>. IF YOU ARE UNABLE TO COMPLY WITH ANY ITEMS CHECKED, YOU MUST CONTACT THE COURT BY THIS DUE DATE.

11. ☐  You must pay ☐ _____ bail, ☐ _____ fine, ☐ _____ dismissal fee, ☐ $30 ☐ $35 installment fee, ☐ civil assessment in the amount of _____. Total amount must be received by _____.
12. ☒  You **MUST** appear in court. CALL (213) 742-8860 OR APPEAR AT THE COURTHOUSE LISTED BELOW BETWEEN 8:00 AM AND 4:30 PM, MONDAY THROUGH FRIDAY, AND 8:00 AM TO 7:30 PM ON WEDNESDAYS ONLY. to schedule an appearance.
13. ☐  The Court must receive your ☐ Traffic School Certificate of Completion. ☐ _____ non-refundable administrative fee.
14. ☐  Other: _____.

**THIS MATTER REQUIRES YOUR IMMEDIATE ATTENTION. FAILURE TO COMPLY WITH THE REQUESTED ITEMS MAY RESULT IN A WARRANT FOR YOUR ARREST. FAILURE TO COMPLY MAY ALSO RESULT IN A DMV HOLD AND/OR SUSPENSION OF YOUR DRIVER'S LICENSE. THE COURT MAY ALSO ORDER A $300 CIVIL ASSESSMENT AND REFER YOUR CASE TO A COLLECTION AGENCY (Penal Code §1214.1).**

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO "LOS ANGELES SUPERIOR COURT." THIS IS THE ONLY NOTICE YOU WILL RECEIVE.

By  K. Kaiserman, Traffic Clerk

TO ENSURE PROPER PROCESSING, PLEASE RETURN THIS LETTER WITH ANY RESPONSE TO THE ADDRESS BELOW

---

**TORRANCE COURTHOUSE - 825 MAPLE AVENUE - TORRANCE, CA 90503**

NOTIFICATION FROM THE LOS ANGELES SUPERIOR COURT  TR-1AB LASER (4/10)
IF YOU BELIEVE YOU HAVE RECEIVED THIS NOTICE IN ERROR,
CONTACT THE COURTHOUSE LISTED ON YOUR CITATION TO VERIFY CITATION STATUS.

```
CITATION    LEA         DPT         ACTION DATE          BAIL AMOUNT
R810492     1956 SBA    002         04/04/17             761.00
```

THE COURT HAS PLACED A DMV HOLD ON YOUR DRIVER'S LICENSE BECAUSE YOU FAILED TO
APPEAR ON THE CITATION SHOWN ABOVE. THE DMV WILL SUSPEND YOUR DRIVING PRIVILEGES
IF YOU DO NOT CLEAR THIS MATTER WITH THE COURT.

PURSUANT TO PENAL CODE SECTION 1214.1 A CIVIL ASSESSMENT FINE OF $300 WAS ADDED
TO THE BAIL AMOUNT. HOWEVER, IF FULL PAYMENT IS RECEIVED WITHIN 20 CALENDAR DAYS
FROM THE ABOVE ACTION DATE, YOU MAY DEDUCT THE $300 FROM THE BAIL AMOUNT.

SUBSEQUENT FAILURES TO APPEAR ARE NOT ELIGIBLE FOR A REDUCTION.

YOUR OPTIONS:

1) PAY THIS CITATION:

    ONLINE: VISIT WWW.LACOURT.ORG AND SELECT "TRAFFIC TICKETS," OR

    BY PHONE: CALL (213) 742-8860, OR

    BY MAIL: SEND A CHECK FOR THE BAIL AMOUNT (PAYABLE TO LA SUPERIOR COURT)
    AND THE PAYMENT COUPON TO THE ADDRESS BELOW. WRITE THE CITATION AND LEA
    NUMBER ON YOUR CHECK. DO NOT INCLUDE ANY OTHER CORRESPONDENCE. AN
    ADDITIONAL $65 WILL BE CHARGED IF YOUR CHECK IS RETURNED.

2) SCHEDULE A COURT DATE: CALL (213) 742-8860 OR VISIT WWW.LACOURT.ORG.
    NOTE: THERE IS NO GUARANTEE THE CIVIL ASSESSMENT WILL BE WAIVED IF YOU
    CHOOSE TO GO TO COURT.

FAILURE TO RESPOND WITHIN 20 CALENDAR DAYS FROM THE ACTION DATE ON THIS
NOTICE WILL RESULT IN THE REFERRAL OF YOUR CITATION TO A COLLECTION AGENCY.

*[Stamped diagonally across page: "Refusal for Cause"]*

C                DETACH AT PERFORATION AND RETAIN TOP PORTION FOR YOUR RECORDS

---

SUPERIOR COURT OF CALIFORNIA         CITATION NO: R810492    LEA 1956 SBA
COUNTY OF LOS ANGELES                BAIL AMOUNT:    761.00
PAYMENT COUPON                       ACTION DATE: 04/04/17    PED
                                                  D7675004


                                     TORRANCE       COURT
                                     P.O. BOX 60570
                                     LOS ANGELES   CA   90060-0570

||.|.||....|.|||...||...|.|.|.|.|||...|||...|.|.||
LAM DENISE E
622 S BROADWAY APT 5
REDONDO BEACH CA 90277-4207

        0842727080100040902991956304007610000000000000461005555272704



No. G-29
(Rev. 11-2-70)

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, __Christina A. Snyder__, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as __United States District Judge__, according to the best of my abilities and understanding, agreeable to the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_Christina A. Snyder_
Christina A. Snyder

Subscribed and sworn to (or affirmed) before me this __24th__ day of __November__, 19__97__.

**FOIA EXEMPTION b6**

_Harry Pregerson_
Harry Pregerson
United States Circuit Judge

Actual abode ████████████████

Official station▪ __Los Angeles, California__

Date of birth __May 27, 1947__

Date of entry on duty __November 24, 1997__

Note.—The Act of May 1, 1876 (Title 48, sec. 1456, United States Code), provides that the oaths of Territorial Officers shall be administered in the Territory in which the office is held.
▪Title 28, sec. 456 United States Code, as amended.



# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ......VIRGINIA ANNE PHILLIPS......, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ..UNITED STATES DISTRICT JUDGE.. under the Constitution and laws of the United States: and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

*Virginia Anne Phillips*
VIRGINIA ANNE PHILLIPS

Subscribed and sworn to (or affirmed) before me this ....27th.... day of ....December....  19 99

*[signature]*
Chief United States District Judge

**FOIA EXEMPTION b6**

Actual abode ███████

Official station* Los Angeles

Date of birth 02/14/57

Date of entry on duty 12/27/99

*Title 28 sec. 456 United States Code, as amended

Amended

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Sidney R. Thomas, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States Circuit Judge under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

/s/ [signature]

Subscribed and sworn to (or affirmed) before me this 11th day of March, 19 96.

FOIA EXEMPTION b6

Actual abode [redacted]

Official station: Billings, Montana

Date of birth: August 14, 1953

Date of entry on duty: March 11, 1996

Jack D. Shanstrom
Chief Judge, District of Montana

*Title 28, sec. 456 United States Code, as amended.



